XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
VIRGINIA CORRIGAN (SBN 292035)
REBEKAH A. FRETZ (SBN 300478)
MARISOL LEÓN (SBN 298707)
VILMA PALMA-SOLANA (SBN 267992)
JULIA HARUMI MASS (SBN 189649)
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-3300
  Fax:  (510) 622-2270
  E-mail:  Julia.Mass@doj.ca.gov
*Attorneys for Plaintiff State of California*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WASHINGTON,<br><br>      Plaintiffs,<br><br> v. | Case No. 2:19-cv-07390-JFW (PLAx)<br><br>**APPENDIX IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   September 30, 2019<br>Time:   1:30 p.m.<br>Courtroom: 7A<br>Judge: Hon. John F. Walter<br>Trial Date: N/A<br>Action Filed: August 26, 2019 |

| | |
|---|---|
| 1 | **KEVIN K. MCALEENAN,** in his official capacity as Acting Secretary of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY, ALEX M. AZAR, II,** in his official capacity as Secretary of Health and Human Services; **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; MARK A. MORGAN,** in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; **U.S. CUSTOMS AND BORDER PROTECTION; MATTHEW T. ALBENCE,** in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JONATHAN HAYES,** in his official capacity as Director of the Office of Refugee Resettlement; **OFFICE OF REFUGEE RESETTLEMENT,**               Defendants. |

(Lines 1–28 shown in left margin)

# TABLE OF CONTENTS TO APPENDIX

| *Plaintiffs' Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| A. | CA, Jean Chen, Program Administrator, Children Residential Program, California Department of Social Services | Child welfare regulations; licensing requirements and standards for out-of-home care facilities for children; Rule does not provide protections required under California law | 009-019 |
| B. | CA, Pia V. Escudero, Executive Director, Division of Student Health and Human Services, Los Angeles Unified School District | Eligibility for free public education; effects of traumatic experiences on children; detention exacerbates symptoms of trauma | 020-029 |
| C. | CA, Nicole Knight, Executive Director, English Language Learned and Multilingual Achievement, Oakland Unified School District | Various educational and mental health support services available to immigrant children; impact of detention on students' mental health | 030-042 |
| D. | CA, Sarah Neville-Morgan, Deputy Superintendent of Public Instruction, Opportunities For All Branch, California Department of Education | Eligibility for free public education; per pupil cost; educational services and programs available to immigrant children | 043-050 |
| E. | CA, Marcela Ruiz, Chief, Immigration and Refugee Programs Branch, California Department of Social Services | Various state-funded programs in support of immigrant populations, including children | 051-056 |
| F. | CA, Luis H. Zayas, PhD, Dean and Professor, University of Texas at Austin | Scientific research on long-term negative mental health effects of family detention on youth; clinical observations of conditions of family residential centers and families detained therein | 057-117 |

| *Plaintiffs' Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| G. | MA, Mary Bourque, Superintendent, Chelsea Public Schools | Eligibility for free public education; educational and mental health support services offered for students in Chelsea Public Schools (CPS); significant impact of formerly detained immigrant youth entering CPS will have on the school system and the state | 118-124 |
| H. | MA, Sharon Boyle, General Counsel, Massachusetts Executive Office of Health and Human Services | Child welfare regulations; healthcare and mental healthcare services available to children, including immigrant children; impact of formerly detained immigrant youth on state healthcare | 125-133 |
| I. | MA, Joseph Curtatone and Mary Skipper, Mayor, City of Somerville and Superintendent, Somerville Public Schools | Eligibility for free public education; educational and mental health support services offered for students in Sommerville Public Schools (SPS); significant impact of formerly detained immigrant youth entering SPS will have on the school system and the state | 134-141 |
| J. | MA, Marjean Perhot, Director, Catholic Charities Archdiocese of Boston | Eligibility for free public education; negative mental health impacts of detention on children; support and services youth may need or avail themselves of after being released; significant impact of formerly detained immigrant youth entering Massachusetts on the state | 142-150 |
| K. | MA, Felicia Sullivan, General Counsel, Massachusetts Department of Early Education and Care | Massachusetts licensing and regulations schemes for residential group care and temporary shelters for children; Rule does not require many of the protections provided by Massachusetts law and policy | 151-160 |
| L. | MA, Priya Tahiliani, Assistant Superintendent, Office of English Language Learners, Boston Public Schools | Various educational and mental health support and programs offered to children in the Boston Public Schools system; impact of detention on mental health of children | 161-167 |
| M. | DE, Josette D. Manning, Cabinet Secretary, Delaware Department of Services for Children, Youth and their Families | Child welfare regulations; licensing requirements and standards for residential and nonresidential childcare facilities; mental health resources available to children | 168-177 |

| *Plaintiffs' Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| N. | DE, Michael Rodriguez, Associate Secretary for Student Support, Delaware Department of Education | Eligibility for free public education; services and programs available to children, including immigrant children; budget for such services; impact of detention of children's learning abilities and mental health | 178-186 |
| O. | IL, Ngoan Le, State Refugee Coordinator, Bureau of Refugee and Immigrant Services, Illinois Department of Human Services | Illinois services and programs specifically provided to immigrants and refugees | 187-191 |
| P. | IL, Trisha Olson, Chief Legal Officer, Illinois State Board of Education | Eligibility for free public education; educational resources available to students, regardless of immigration status | 192-196 |
| Q. | IL, George Vennikandam, Deputy Director, Department of Children and Family Services Division of Licensing | Child welfare regulations; licensing requirements and standards for child care institutions; Rule does not require certain goods, services, and liberties provided for by Illinois law | 197-202 |
| R. | ME, Bethany Hamm, Deputy Commissioner, Maine Department of Health and Human Services | Maine medical services available to immigrant youth; Rule's impact on state resources | 203-207 |
| S. | ME, Pender Makin, Commissioner, Maine Department of Education | Eligibility for free public education; negative impacts of detention on children; additional services required to assist students with trauma; per pupil cost; yearly cost for special education students | 208-212 |
| T. | ME, Janet S. Whitten, Program Manager, Children's Licensing and Investigation Services, Maine Department of Health and Human Services. | Licensing requirements for residential placements for children, including children's residential care facilities, shelters, and foster family homes | 213-218 |
| U. | MD, Ted Dallas, President and CEO, Merakey | Child welfare regulations; licensing requirements for out-of-home care facilities for children | 219-225 |

| *Plaintiffs' Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| V. | MI, JooYeun Chang, Executive Director, Children's Services Agency, Michigan Department of Health and Human Services | Licensing and monitoring requirements for institutions that care for children | 226-232 |
| W. | MN, Daron Korte, Assistant Commissioner, Minnesota Department of Education | Eligibility for a free public education; cost per pupil and amount from local resources; cost per pupil of English Learners program; traumatic events can negatively impact student learning and require school-based resources | 233-237 |
| X. | MN, Marie Zimmerman, State Medicaid Director, Minnesota Department of Human Services | Availability of Emergency Medical Assistance (EMA), including what it covers; eligibility for EMA; cost of EMA; number of people served by EMA | 238-242 |
| Y. | NV, Ross E. Armstrong, Administrator, Division of Child and Family Services, Department of Health and Human Services | Child welfare regulations; licensing requirements for child care facilities | 243-249 |
| Z. | NV, Jonathan P. Moore, Deputy Superintendent of Student Achievement, Nevada Department of Education | Eligibility for free public education; per pupil cost; mental health and other support services available for children enrolled in school | 250-254 |
| AA. | NJ, Peggy McDonald, Deputy Assistant Commissioner, Department of Education | Eligibility for free public education; educational services and programs available to individuals entering New Jersey after being released from ORR/DHS custody | 255-262 |
| BB. | NJ, Brian C. Ross, Assistant Commissioner, Policy, Oversight, and Regulatory Affairs, Department of Children and Families | Child welfare regulations; licensing requirements for facilities housing children in New Jersey | 263-271 |
| CC. | NM, Christina Brown, Immigration Attorney | Observations of medical and mental health conditions in family detention facilities, and related impact on children | 272-288 |

| *Plaintiffs' Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| DD. | NM, Michael Chavez, Director, New Mexico Public Education Department's Student Success and Wellness Bureau | Children's right to education; education support programs for children; costs of educational support programs | 289-295 |
| EE. | NM, Lillian Rainer, Bureau Chief, Licensing and Certification Authority Program, Behavioral Health Division, Children, Youth, and Families Department | Licensing and regulation schemes of residential shelter care facilities for children; Rule does not provide protections required under New Mexico law | 296-309 |
| FF. | NY, Donna M. Bradbury, Associate Commissioner, Division of Integrated Community Services for Children and Families, New York State Office of Mental Health | Addresses how New York State licensing scheme works, care requirements, and licensed facilities for families; negative impact of detention on children; significant economic impact of providing services to formerly detained immigrant youth on state | 310-319 |
| GG. | NY, Brian S. Cechnicki, Director of Education Finance, New York State Education Department | Eligibility for public education; education services children can use when they enter New York State after being released from ORR/DHS custody; per pupil cost; state, local, and federal education funding sources | 320-326 |
| HH. | NY, Benard P. Dreyer, MD, FAAP, Director of Pediatrics, Bellevue Hospital and Professor of Pediatrics, New York University School of Medicine | Physical health and mental health effects of family detention; collected observations regarding existing family detention facilities | 327-336 |
| II. | NY, Lisa Ghartey-Ogundimu, Deputy Commissioner, Division of Child Welfare and Community Services, New York State Office of Children and Family Services | Addresses how New York State licensing scheme works, care requirements, and licensed facilities for families; Rule does not provide same protections as required under New York Law; Rules violates New York law related to detention of dependent children | 337-369 |

| *Plaintiffs' Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| JJ. | NY, Michael P. Hein, Commissioner, New York State Office of Temporary and Disability Assistance | Assistance and services individuals can use when they enter New York State after being released from ORR/DHS custody | 370-383 |
| KK. | NY, Bitta Mostofi, Commissioner, City of New York's Mayor's Office of Immigrant Affairs | Healthcare, mental health, and legal services people can use when they enter New York City after being released from ORR/DHS custody | 384-395 |
| LL. | NY, Howard A. Zucker, Commissioner, New York State Department of Health | Public health implications of detention; cost of state public health programs; risk of communicable disease; services individuals can use when they enter New York State after being released from ORR/DHS custody | 396-419 |
| MM. | RI, Veronica Davis, Chief of Licensing and Regulation, Department of Children, Youth and Family's Resource Family Division | Child welfare regulations | 420-425 |
| NN. | VT, Brad James, Education Finance Manager, Vermont Agency of Education | Eligibility for free public education; per pupil cost | 426-430 |
| OO. | VT, Kenneth Schatz, Commissioner, Department for Children and Families | Child welfare laws; child residential care facility licensing requirements | 431-436 |
| PP. | VT, Lisa Schilling, Financial Director, Department of Vermont Health Access | Healthcare services available to all children, including undocumented immigrant children residing in Vermont; associated state costs of services | 437-441 |
| QQ. | VA, James Lane, Superintendent of Public Instruction, Department of Education | Eligibility for public education; per pupil cost; various education and mental health support programs available to immigrant children | 442-450 |
| RR. | VA, Tara Ragland, CRF Licensing Director, Department of Social Services | Child welfare regulations; licensing requirements for children's residential facilities; impact of detention on mental health of children; | 451-457 |

| *Plaintiffs' Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| SS. | VA, Mira E. Signer, Acting Commissioner, Department of Behavioral Health and Developmental Services | Mental health services available to individuals entering Virginia after being released from ORR/DHS custody | 458-462 |
| TT. | WA, Catrina Lucero, Deputy Chief Financial Officer, Washington Healthcare Authority | Costs to the State of providing various medical programs | 463-467 |
| UU. | WA, Dierk Meierbachtol, Chief Legal Officer, Office of Superintendent of Public Instruction | State's constitutional commitment to public education and the annual costs for providing services to students in the K-12 system | 468-472 |
| VV. | WA, Sarah K. Peterson, Washington State Refugee Coordinator and Chief, Washington Office of Refugee and Immigrant Assistance | Interplay between federal programs for unaccompanied minors under ORR and the State's various programs in support of immigrant populations | 473-484 |
| WW. | WA, Alma Poletti, Investigation Supervisor, Washington State Attorney General's Office | Summaries of interviews the State conducted of 22 children in ORR custody in Washington State during July 2019 | 485-513 |
| XX. | WA, Ruben Reeves, Statewide Licensing Policy, Quality, and Data Management Administrator, Licensing Division, Washington State Department of Children, Youth, and Families | Washington's licensing standards for foster family homes, group homes, youth care centers, and other agencies that care for children away from their parents and outside their homes. | 514-529 |
| YY. | CT, Michael C. Williams, Deputy Commissioner of Operations, Connecticut Department of Children and Families | Child welfare regulations; licensing requirements for child care facilities | 530-538 |

| *Plaintiffs' Declarations* | | | |
|---|---|---|---|
| **Ex.** | **Declarant(s)** | **Subject(s)** | **Page Nos.** |
| ZZ. | OR, Tom Van der Veen, Program Manager, Children's Care Licensing Program, Oregon Department of Human Services | Licensing requirements for Child Care Agencies | 539-545 |
| AAA | CT, Robert W. Zavoski, Medical Director, Connecticut Department of Social Services | Healthcare and support programs available to immigrant populations; negative impact of detention on children | 546-553 |