XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
JULIA HARUMI MASS (SBN 189649)
VIRGINIA CORRIGAN (SBN 292035)
VILMA PALMA-SOLANA (SBN 267992)
MARISOL LEÓN (SBN 298707)
REBEKAH A. FRETZ (SBN 300478)
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-3300
  Fax:  (510) 622-2270
  E-mail:  Julia.Mass@doj.ca.gov
*Attorneys for Plaintiff State of California*

(*Additional counsel listed on signature page*)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WASHINGTON, <br><br>                          Plaintiffs, <br><br>           **v.** | Case No. 2:19-cv-07390-JFW (PLAx) <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  September 30, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 7A <br> Judge: Hon. John F. Walter <br> Trial Date: N/A |

1  **KEVIN K. MCALEENAN,** in his official
2  capacity as Acting Secretary of
   Homeland Security; **U.S. DEPARTMENT**
3  **OF HOMELAND SECURITY, ALEX M.**
   **AZAR, II,** in his official capacity as
4  Secretary of Health and Human
   Services; **U.S. DEPARTMENT OF**
5  **HEALTH AND HUMAN SERVICES; MARK**
   **A. MORGAN,** in his official capacity as
6  Acting Commissioner for U.S. Customs
   and Border Protection; **U.S. CUSTOMS**
7  **AND BORDER PROTECTION; MATTHEW**
   **T. ALBENCE,** in his official capacity as
8  Acting Director for U.S. Immigration
   and Customs Enforcement; **U.S.**
9  **IMMIGRATION AND CUSTOMS**
   **ENFORCEMENT; JONATHAN HAYES,** in
10 his official capacity as Director of the
   Office of Refugee Resettlement; **OFFICE**
11 **OF REFUGEE RESETTLEMENT,**

12                         Defendants.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        PLEASE TAKE NOTICE that plaintiffs, the States of California,

2   Massachusetts, Connecticut, Delaware, Illinois, Maryland, Maine, Michigan,

3   Minnesota, Nevada, New Mexico, New Jersey, New York, Oregon, Pennsylvania,

4   Rhode Island, Vermont, Virginia, Washington, and the District of Columbia

5   (collectively, "Plaintiffs") hereby request, pursuant to Rule 201 of the Federal Rules

6   of Evidence, that the Court take judicial notice of the items described below in

7   connection with Plaintiffs' Motion for Preliminary Injunction, filed concurrently

8   herewith.

9

10        1.    Attached hereto as **Exhibit 1** is a true and correct copy of the new U.S.

11   Department of Homeland Security and U.S. Department of Health and Human

12   Services Rule, *Apprehension, Processing, Care, and Custody of Alien Minors and*

13   *Unaccompanied Alien Children*, 84 Fed. Reg. 44,392, dated August 23, 2019.  As

14   of August 28, 2019, the Rule is available on the Federal Register's official website

15   at https://www.federalregister.gov/documents/2019/08/23/2019-

16   17927/apprehension-processing-care-and-custody-of-alien-minors-and-

17   unaccompanied-alien-children.

18        2.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts

19   from the "ICE/DRO Residential Standards" for family detention, also known as

20   "Family Residential Standards," last reviewed and updated on January 3, 2018.  As

21   of August 28, 2019, the Standards are available on the U.S. Immigration and

22   Customs Enforcement's official website at https://www.ice.gov/detention-

23   standards/family-residential.

24        3.    Attached hereto as **Exhibit 3** is a true and correct copy of a U.S.

25   Department of Health and Human Services, Office of the Inspector General,

26   January 2019 Issue Brief titled, "Separated Children Placed in Office of Refugee

27   Resettlement Care."  As of August 28, 2019, the Issue Brief is available on the U.S.

28

1  Department of Health and Human Services, Office of the Inspector General's

2  official website at https://oig.hhs.gov/oei/reports/oei-BL-18-00511.pdf.

3      4.    Attached hereto as **Exhibit 4** is a true and correct copy of a May 31,

4  2019 U.S. Immigration and Customs Enforcement memorandum titled "Updated

5  Procedures for Asylum Applications Filed by Unaccompanied Alien Children."  As

6  of August 28, 2019, the memorandum is available on the U.S. Immigration and

7  Citizenship Services Enforcement's official website at

8  https://www.uscis.gov/sites/default/files/USCIS/Refugee%2C%20Asylum%2C%20

9  and%20Int%27l%20Ops/Asylum/Memo_-_Updated_Procedures_for_I-

10  589s_Filed_by_UACs_5-31-2019.pdf.

11      5.    Attached hereto as **Exhibit 5** is a true and correct copy of a June 26,

12  2018 U.S. Department of Homeland Security, Office of the Inspector General,

13  Report titled, "ICE's Inspections and Monitoring of Detention Facilities Do Not

14  Lead to Sustained Compliance or Systemic Improvements." As of August 28, 2019,

15  the Report is available on the U.S. Department of Homeland Security, Office of the

16  Inspector General's official website at

17  https://www.oig.dhs.gov/sites/default/files/assets/2018-06/OIG-18-67-Jun18.pdf.

18      6.    Attached hereto as **Exhibit 6** is a true and correct copy of a January

19  29, 2019 U.S. Department of Homeland Security, Office of the Inspector General,

20  Report titled, "ICE Does Not Fully Use Contracting Tools to Hold Detention

21  Facility Contractors Accountable for Failing to Meet Performance Standards."  As

22  of August 28, 2019, the Report is available on the U.S. Department of Homeland

23  Security, Office of the Inspector General's official website at

24  https://www.oig.dhs.gov/sites/default/files/assets/2019-02/OIG-19-18-Jan19.pdf.

25      7.    Attached hereto as **Exhibit 7** is a true and correct copy of a December

26  2006 U.S. Department of Homeland Security, Office of the Inspector General,

27  Report titled, "Treatment of Immigration Detainees Housed at Immigration and

28  Customs Enforcement Facilities."  As of August 28, 2019, the Report is available

2

on the U.S. Department of Homeland Security, Office of the Inspector General's official website at https://www.oig.dhs.gov/sites/default/files/assets/Mgmt/OIG_07-01_Dec06.pdf.

8. Attached hereto as **Exhibit 8** is a true and correct copy of a January 4, 2019 letter from President Donald J. Trump sent to all Members of Congress. As of August 28, 2019, the letter is available on the White House's official website at https://www.whitehouse.gov/wp-content/uploads/2019/01/Border-Security-Letter.pdf.

9. Attached hereto as **Exhibit 9** is a true and correct copy of a June 20, 2018 Executive Order 13841 titled "Affording Congress an Opportunity to Address Family Separation." As of August 28, 2019, the Executive Order is available on the Federal Register's official website at https://www.govinfo.gov/content/pkg/FR-2018-06-25/pdf/2018-13696.pdf.

10. Attached hereto as **Exhibit 10** is a true and correct copy of a June 22, 2018 Request for Information (RFI) from the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, regarding services to house family units composed of adults and juvenile family members of all age ranges. As of August 29, 2019, the RFI is available on the Federal Business Opportunities' official website at https://www.fbo.gov/index?s=opportunity&mode=form&id=d2f0c2388851d8697ae60523b4c09f38&tab=core&_cview=1.

11. Attached hereto as **Exhibit 11** is a true and correct copy of an August 28, 2019 publication of the U.S. Immigration Policy Center (USIPC) at the University of California, San Diego (UCSD) titled "Seeking Asylum: Part 1." As of August 29, 2019, the publication is available on the USIPC UCSD official website at http://usipc.ucsd.edu/publications/usipc-seeking-asylum-part-1-final.pdf.

12. Attached hereto as **Exhibit 12** is a true and correct copy of a July 26, 2019 publication of the U.S. Department of Health and Human Services titled

3

"Unaccompanied Alien Children Released to Sponsors by State." As of August 29, 2019, the publication is available on the U.S. Department of Health and Human Services official website at https://www.acf.hhs.gov/orr/resource/unaccompanied-alien-children-released-to-sponsors-by-state.

13.     Attached hereto as **Exhibit 13** is a true and correct copy of a June 28, 2018 U.S. Department of Homeland Security request to the U.S. Department of Defense titled "DHS Requests DoD House Up to 12,000 Migrants." As of August 29, 2019, the Request is available on the U.S. Department of Defense official website at https://www.defense.gov/Newsroom/News/Article/Article/1562247/dhs-requests-dod-house-up-to-12000-migrants/source/GovDelivery/.

14.     Attached hereto as **Exhibit 14** is a true and correct copy of a press conference transcript titled "Acting Secretary of Homeland Security Kevin K. McAleenan on the DHA-HHS Federal Rule on Flores Agreement." As of August 29, 2019, the transcript is available on the U.S. Department of Homeland Security' official website at https://www.dhs.gov/news/2019/08/21/acting-secretary-mcaleenan-dhs-hhs-federal-rule-flores-agreement.

15.     Attached hereto as **Exhibit 15** is a true and correct copy of the "Put pressure on the Democrats to end the horrible law . . . ." May 26, 2018 tweet President Donald J. Trump tweeted at 6:59 a.m. using the Twitter Account @realDonaldTrump. As of August 28, 2019, the tweet is available at https://twitter.com/realdonaldtrump/status/1000375761604370434.

16.     Attached hereto as **Exhibit 16** is a true and correct copy of the "Catch and Release is an obsolete term. It is now Catch and Detain . . . ." November 18, 2018 tweet President Donald J. Trump tweeted at 11:55 a.m. using the Twitter Account @realDonaldTrump. As of August 28, 2019, the tweet is available at https://twitter.com/realDonaldTrump/status/1064245710747590657.

17.     Attached hereto as **Exhibit 17** is a true and correct copy of the "Anybody entering the United States illegally will be arrested and detained, prior to

being sent back to their country!" October 16, 2018 tweet President Donald J. Trump tweeted at 6:24 p.m. using the Twitter Account @realDonaldTrump.  As of August 29, 2019, the tweet is available at https://twitter.com/realdonaldtrump/status/1052369731959820292.

18.     Attached hereto as **Exhibit 18** is a true and correct copy of the "We cannot allow all of these people to invade our Country.  When somebody comes in, we must immediately, with no Judges or Court Cases, bring them back from where they came from.  Our system is a mockery to good immigration policy and Law and Order.  Most children come without parents…" June 24, 2018 tweet President Donald J. Trump tweeted at 8:02 a.m. using the Twitter Account @realDonaldTrump.  As of August 29, 2019, the tweet is available at https://twitter.com/realdonaldtrump/status/1010900865602019329.

19.     Attached hereto as **Exhibit 19** is a true and correct copy of the comment letter submitted by the California Primary Care Association on October 25, 2018, in response to the Notice of Proposed Rulemaking in the Federal Register entitled "Apprehension, Processing, Care, and Custody of Alien Minors and Unaccompanied Alien Children" (Proposed Rule). 83 Fed. Reg. 45, 486 (Sept. 7, 2018).  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-31414.

20.     Attached hereto as **Exhibit 20** is a true and correct copy of the comment letter submitted by Physicians for Human Rights on October 29, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-20614.

21.     Attached hereto as **Exhibit 21** is a true and correct copy of the comment letter submitted by the National Association of Social Workers on October 30, 2018, in response to the Proposed Rule.  As of August 29, 2019, the

1  comment letter is available online at

2  https://www.regulations.gov/document?D=ICEB-2018-0002-31866.

3       22.    Attached hereto as **Exhibit 22** is a true and correct copy of the

4  comment letter submitted by Human Rights First on October 31, 2018, in response

5  to the Proposed Rule.  As of August 29, 2019, the comment letter is available

6  online at https://www.regulations.gov/document?D=ICEB-2018-0002-13061.

7       23.    Attached hereto as **Exhibit 23** is a true and correct copy of the

8  comment letter submitted by the American Nurses Association on November 1,

9  2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter

10  is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-

11  13006.

12       24.    Attached hereto as **Exhibit 24** is a true and correct copy of the

13  comment letter submitted by the Center for American Progress and posted on

14  November 2, 2018, in response to the Proposed Rule.  As of August 29, 2019, the

15  comment letter is available online at

16  https://www.regulations.gov/document?D=ICEB-2018-0002-13475.

17       25.    Attached hereto as **Exhibit 25** is a true and correct copy of the

18  comment letter and its attachments submitted by the American Academy of

19  Pediatrics on November 5, 2018, in response to the Proposed Rule.  As of August

20  29, 2019, the comment letter is available online at

21  https://www.regulations.gov/document?D=ICEB-2018-0002-73758.

22       26.    Attached hereto as **Exhibit 26** is a true and correct copy of the

23  comment letter submitted by the California Department of Social Services on

24  November 5, 2018, in response to the Proposed Rule.  As of August 29, 2019, the

25  comment letter is available online at

26  https://www.regulations.gov/document?D=ICEB-2018-0002-30310.

27       27.    Attached hereto as **Exhibit 27** is a true and correct copy of the

28  comment letter submitted by Casa de Esperanza, National Latino Network for

Healthy Families and Communities on November 5, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-21042.

28.    Attached hereto as **Exhibit 28** is a true and correct copy of the comment letter submitted by the National Health Law Program on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-21234.

29.    Attached hereto as **Exhibit 29** is a true and correct copy of the comment letter submitted by the American Psychological Association on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-30400.

30.    Attached hereto as **Exhibit 30** is a true and correct copy of the comment letter submitted by the National Association of County and City Health Officials on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-20145.

31.    Attached hereto as **Exhibit 31** is a true and correct copy of the multistate comment letter and selected attachments submitted by the Attorneys General of California, Delaware, Illinois, Iowa, Maryland, Massachusetts, Minnesota, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, Washington, and the District of Columbia on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-75641.

32.    Attached hereto as **Exhibit 32** is a true and correct copy of the comment letter submitted by the National Disability Rights Network on November

6, 2018, in response to the Proposed Rule. As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-21046.

33. Attached hereto as **Exhibit 33** is a true and correct copy of the comment letter submitted by the Alliance for Children's Rights on November 6, 2018, in response to the Proposed Rule. As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-20332.

34. Attached hereto as **Exhibit 34** is a true and correct copy of the comment letter submitted by the Center for Law and Social Policy and posted on December 19, 2018, in response to the Proposed Rule. As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-32170.

35. Attached hereto as **Exhibit 35** is a true and correct copy of the comment letter submitted by the Children's Defense Fund on November 6, 2018, in response to the Proposed Rule. As of August 29, 2019, the comment letter is available online https://www.regulations.gov/document?D=ICEB-2018-0002-32204.

36. Attached hereto as **Exhibit 36** is a true and correct copy of the comment letter submitted by the Japanese American Citizens League on November 6, 2018, in response to the Proposed Rule. As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-30275.

37. Attached hereto as **Exhibit 37** is a true and correct copy of the comment letter submitted by the Center for Human Rights and Constitutional Law; University of California, Davis, Immigration Law Clinic; National Center for Youth Law; Youth Law Center; and Law Foundation of Silicon Valley on November 6, 2018, in response to the Proposed Rule. As of August 29, 2019, the

8

comment letter is available online at

https://www.regulations.gov/document?D=ICEB-2018-0002-21642.

38.     Attached hereto as **Exhibit 38** is a true and correct copy of the comment letter submitted by Kids in Need of Defense on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-21391.

39.     Attached hereto as **Exhibit 39** is a true and correct copy of the comment letter submitted by the Los Angeles Center for Law and Justice  on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at

https://www.regulations.gov/document?D=ICEB-2018-0002-30287.

40.     Attached hereto as **Exhibit 40** is a true and correct copy of the comment letter submitted by FWD.us on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-21112.

41.     Attached hereto as **Exhibit 41** is a true and correct copy of the comment letter submitted by Human Rights Watch on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-21917.

42.     Attached hereto as **Exhibit 42** is a true and correct copy of the comment letter submitted by the City of Chicago, City of New York, City of Los Angeles, Los Angeles County, and City and County of San Francisco, together with the Cities of Austin, Boston, Cambridge, Columbus, Minneapolis, New Haven, Philadelphia, Oakland, San Francisco, San Jose, Seattle, Somerville, the County of Santa Clara, the District of Columbia, and the Borough of State College on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the

9

comment letter is available online at

https://www.regulations.gov/document?D=ICEB-2018-0002-21141.

43.     Attached hereto as **Exhibit 43** is a true and correct copy of the comment letter submitted by the American Psychiatric Association on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-21106.

44.     Attached hereto as **Exhibit 44** is a true and correct copy of the comment letter submitted by United States Senator Dianne Feinstein on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-20546.

45.     Attached hereto as **Exhibit 45** is a true and correct copy of the comment letter submitted by the Catholic Legal Immigration Network, Inc., on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at

https://www.regulations.gov/document?D=ICEB-2018-0002-32290.

46.     Attached hereto as **Exhibit 46** is a true and correct copy of the comment letter submitted by the Center for the Human Rights of Children, Loyola University of Chicago School of Law, on November 6, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-22277.

47.     Attached hereto as **Exhibit 47** is a true and correct copy of the comment letter and select attachments submitted by the Pennsylvania Immigration and Citizenship Coalition and posted on November 8, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-18748.

48.     Attached hereto as **Exhibit 48** is a true and correct copy of the comment letter submitted by the New York Legal Assistance Group and posted on November 30, 2018, in response to the Proposed Rule.  As of August 29, 2019, the comment letter is available online at https://www.regulations.gov/document?D=ICEB-2018-0002-30314.

49.     Attached hereto as **Exhibit 49** is a true and correct copy of a 2019 Congressional Border Security Briefing titled "A Border Security and Humanitarian Crisis."  As of August 28, 2019, the briefing is available on the White House's official website at https://www.whitehouse.gov/wp-content/uploads/2019/01/Border-Briefing.pdf.

50.     Attached hereto as **Exhibit 50** is a true and correct copy of the Stipulated Agreement, *Flores v. Reno*, Case No. CV 85-4544 RJK (Px) (C.D. Cal. filed Jan. 17, 1997), which was filed as Exhibit A to the Complaint in this matter.

51.     Attached hereto as **Exhibit 51** is a true and correct copy of the *ex parte* application filed on June 21, 2018, requesting modification of the *Flores* Agreement to allow the U.S. Department of Homeland Security to detain all families with children for the duration of their immigration proceedings in facilities that are not state-licensed in *Flores v. Sessions*, Case No. CV 85-4544-DMG, 2018 WL 4945000, at *1 (C.D. Cal. July 9, 2018), ECF No. 435.

52.     Attached hereto as **Exhibit 52** is a true and correct copy of the Order Denying Defendants' "Ex Parte Application for Limited Relief from Settlement Agreement" in *Flores v. Sessions*, Case No. CV 85-4544-DMG-AGR (C.D. Cal. July 9, 2018), ECF No. 455.

53.     Attached hereto as **Exhibit 53** is a true and correct copy of a press release No. 18-417 titled "Attorney General Announces Zero-Tolerance Policy for Criminal Illegal Entry" issued by the U.S. Department of Justice on April 6, 2018. As of August 30, 2019, the press release is available on the U.S. Department of

1  Justice official website at https://www.justice.gov/opa/pr/attorney-general-

2  announces-zero-tolerance-policy-criminal-illegal-entry.

3      54.     Attached hereto as **Exhibit 54** is a true and correct copy of a press

4  release titled "Mayor Bowser Announced $2.5 Million Available for FY 2020

5  Immigrant Justice Legal Services Grant Program" issued by the District of

6  Columbia Office of the Mayor on July 12, 2019. As of August 30, 2019, the press

7  release is available on the District of Columbia's website at

8  https://mayor.dc.gov/release/mayor-bowser-announces-25-million-available-fy-

9  2020-immigrant-justice-legal-services-grant.

10     55.     Attached hereto as **Exhibit 55** is a true and correct copy of the District

11  of Columbia Office of the Chief Financial Officer, Public Charter Schools FY 2019

12  Proposed Budget and Financial Plan. As of August 30, 2019, the budget and

13  financial plan is available on the District of Columbia's website at

14  https://cfo.dc.gov/sites/default/files/dc/sites/ocfo/publication/attachments/gc_dcpcs

15  _chapter_2019j.pdf.

16     56.     Attached hereto as **Exhibit 56** is a true and correct copy of the web

17  page for the District of Columbia Department of Healthcare Finance's Immigrant

18  Children's Program. As of August 30, 2019, the webpage is available at

19  https://dhcf.dc.gov/service/immigrant-childrens-program.

20     57.     Attached hereto as **Exhibit 57** is a true and correct copy of the web

21  page for the District of Columbia Department of Healthcare Finance's Health Care

22  Alliance. As of August 30, 2019, the webpage is available at

23  https://dhcf.dc.gov/service/health-care-alliance.

24     58.     Attached hereto as **Exhibit 58** is a true and correct copy of a press

25  release titled "Mayor Browser Releases Report on the State of Immigrants in the

26  District," together with a copy of the referenced report, issued by the District of

27  Columbia Office of the Mayor on December 18, 2018. As of August 30, 2019, the

28

press release is available at https://mayor.dc.gov/release/mayor-bowser-releases-report-state-immigrants-district.

A Court "must take judicial notice" of adjudicative facts "if a party requests it and the court is supplied with the necessary information."  Fed. R. Evid. 201(c)(2).  The Court can judicially notice any "fact that is not subject to reasonable dispute because it: . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2).  Only relevant facts may be judicially noticed.  *See Milton H. Greene Archives, Inc. v. Marilyn Monroe LLC*, 692 F.3d 983, 991 n.8 (9th Cir. 2012).

**Exhibits 1-10, 12-14, 49, 55, and 58** are judicially noticeable because they are documents produced and maintained by government entities, many of which are still publicly available on government websites.  The Court may take judicial notice of such records, letters, reports, and memoranda of government administrative bodies.  *See Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) (taking judicial notice of USCIS interpretation guidance); *Cty. of Santa Clara v. Trump*, 250 F. Supp. 3d 497, 520 n.5, 522 n. 8, & 523 n.11 (N.D. Cal. 2017) (taking judicial notice of government memoranda and letters); *Brown v. Valoff*, 422 F.3d 926, 933 n.9 (9th Cir. 2005) (taking judicial notice of an administrative bulletin); *Mack v. S. Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (court may take judicial notice of records and reports of state administrative bodies), overruled on other grounds by *Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104, 111 (1991); *Interstate Nat. Gas. Co. v. S. Cal. Gas. Co.*, 209 F.2d 380, 385 (9th Cir. 1953) (judicially noticing government agency records and reports).

**Exhibits 1-14 and 19-49, and 53-58** are judicially noticeable because the Court may take notice of government documents and publications available on websites.  As a general matter, "[i]t is not uncommon for courts to take judicial

13

notice of factual information found on the world wide web." *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1224 (10th Cir. 2007).  The Ninth Circuit has held that it is appropriate to take judicial notice of information "made publicly available by government entities" on their websites.  *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (judicially noticing information contained on a government website).  *See also Paralyzed Veterans of America v. McPherson*, No. C 06–4670 SBA, 2008 WL 4183981, at *5 (N.D. Cal. Sept. 9, 2008) (finding that courts commonly take judicial notice of information and documents on government websites, citing cases from various jurisdictions); *Lindsey v. United Airlines, Inc.*, No. C 17-00753, 2017 WL 2404911, at *6 (N.D. Cal. June 2, 2017) (taking judicial notice of certificate of merger because it "is a public document and its authenticity can be accurately and readily determined from the Delaware Secretary of State website"); *Cty. of Santa Clara v. Astra USA, Inc.*, 401 F. Supp. 2d 1022, 1024 (N.D. Cal. 2005) (taking judicial notice of a price-control regime described on a Department of Health and Human Services website and a report by the same department).  Thus, the documents and publications contained within **Exhibits 1-14, 19-49, and 53-57** are not subject to reasonable dispute, as they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

**Exhibits 15-18** are judicially noticeable because they pertain to a Twitter account belonging to President Trump, the public nature of the account, and the existence of the contents on the account which address issues relevant to this litigation.  Plaintiffs have provided this Court with printouts of the public content of President Trump's Twitter account.  The documents were obtained by simple internet searches, and thus the fact of their existence, and contents thereof, cannot reasonably be questioned.  In addition, due to the public nature of the account, President Trump's Tweets can still be accessed over the internet by using key

14

word searching, and thus, these matters are subject to judicial notice under Federal Rule of Evidence 201.  Courts faced with similar types of evidence have taken judicial notice of a website, including Twitter, when it is publicly available and otherwise meets the requirements of Federal Rule of Evidence 201.  *See*, e.g., *Multi Time Mach., Inc. v. Amazon.com, Inc.*, 792 F.3d 1070, 1072 n.1 (9th Cir. 2015) (taking judicial notice of Amazon's website and facts contained herein), *opinion withdrawn and superseded on reh'g on other grounds*, 804 F.3d 930 (9th Cir. 2015); *Reese v. Malone*, 747 F.3d 557, 570 n.8 (9th Cir. 2014) (taking judicial notice of information posted on website to establish information about a party's educational background), *overruled on other grounds by City of Dearborn Heights Act 345 Police & Fire Ret. System v. Align Tech., Inc.*, 856 F.3d 605, 614 (9th Cir. 2017); *Haynes v. Ottley*, No. CV 2014-70, 2014 WL 5469308, at *6 (D.V.I. Oct. 28, 2014) (taking judicial notice of fact posted on Twitter account). Plaintiffs do not seek judicial notice of the truth of the statements made by President Trump on his Twitter account.  *See Dent v. Holder*, 627 F. 3d 365, 371-72 (9th Cir. 2010) (judicially noticing existence of documents but not facts proved by the documents).

   **Exhibits 14 and 16-19** are also judicially noticeable because the statements of government officials are not subject to reasonable dispute, as the statements "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2).

   **Exhibits 19-48** are judicially noticeable comment letters because they are part of the Administrative Record posted on Regulations.gov, which provides public users access to federal regulatory content, and are therefore, "matters of public record" that are not "subject to reasonable dispute."  *Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001); *see Sanders v. Kerry*, 180 F. Supp. 3d 35, 41 (D.D.C. 2016) (public records are subject to judicial notice).  On September 7, 2018, Defendants DHS and HHS published the Proposed Rule.  In

15

response to the Notice of Proposed Rulemaking (NPRM) and at the close of the 60-day comment period, DHS and HHS had received more than 100,000 comments, many describing a number of concerns about the proposed Rule and its impact.  Because Defendants have not yet submitted the Administrative Record in this matter, Plaintiffs request judicial notice of **Exhibits 19-48**, which are some of the comments submitted in response to the proposed Rule, all of which are found at https://www.regulations.gov/docket?D=ICEB-2018-0002.

**Exhibit 49** is also judicially noticeable because it is a congressional briefing. Briefings and testimony given at congressional hearings are properly subjects of judicial notice.  *See Adarand Constructors, Inc. v. Slater*, 228 F.3d 1147, 1168 n.12 (10th Cir. 2000) (taking "judicial notice of the content of hearings and testimony before [] congressional committees and subcommittees"); *see also Cty. of Santa Clara*, 250 F. Supp. 3d at 520 n. 4, 522 nn. 6 & 7, 523 n. 10 (taking judicial notice of government officials' press conference statements, press briefings, and interview statements).

**Exhibits 50-52** are judicially noticeable because each is a record from a proceeding that addresses issues relevant to this litigation.  *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (holding that a court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (quoting *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169, 1172 (10th Cir. 1979)).

/ / /

/ / /

/ / /

16

1       Because the above documents satisfy the criteria of Rule 201(b) of the

2  Federal Rules of Evidence, Plaintiffs request that the Court take judicial notice of

3  them pursuant to Rule 201(c)(2) of the Federal Rules of Evidence.

4

5

6  Dated:  August 30, 2019             Respectfully submitted,

| | |
|---|---|
| 7  MAURA HEALEY | XAVIER BECERRA |
| 8  Attorney General for the Commonwealth | Attorney General of California |
|    of Massachusetts | MICHAEL L. NEWMAN |
| 9  ANGELA BROOKS* | Senior Assistant Attorney General |
| 10 ABIGAIL TAYLOR* | SARAH E. BELTON |
|    Assistant Attorneys General | Supervising Deputy Attorney General |
| 11 One Ashburton Place | VIRGINIA CORRIGAN |
| 12 Boston, MA 02108 | REBEKAH A. FRETZ |
|    Telephone: (617) 963-2590 | MARISOL LEÓN |
| 13 Email: Angela.Brooks@mass.gov | VILMA PALMA-SOLANA |
| 14 *Attorneys for Plaintiff the Commonwealth* | JASLEEN K. SINGH |
|    *of Massachusetts* | Deputy Attorneys General |
| 15 | |
| 16 | */s/  Julia Harumi Mass* ___ |
|    | JULIA HARUMI MASS |
| 17 | Deputy Attorney General |
| 18 | *Attorneys for Plaintiff State of* |
|    | *California* |
| 19 | |
| 20 WILLIAM TONG | KATHLEEN JENNINGS |
|    Attorney General of Connecticut | Attorney General of Delaware |
| 21 JOSHUA PERRY* | ILONA KIRSHON* |
| 22 Special Counsel for Civil Rights | Deputy State Solicitor |
|    55 Elm Street | DONNA THOMPSON* |
| 23 Hartford, CT 06106 | Deputy Attorney General |
| 24 Telephone: (860) 808-5372 | 820 North French Street |
|    Email: Joshua.Perry@ct.gov | Wilmington, DE 19801 |
| 25 *Attorneys for Plaintiff State of* | Telephone: (302) 577-8367 |
| 26 *Connecticut* | Email: Donna.Thompson@delaware.gov |
|    | *Attorneys for Plaintiff State of Delaware* |
| 27 | |
| 28 | |

17

KARL A. RACINE
Attorney General for the District of
Columbia
JIMMY ROCK*
Acting Deputy Attorney General
VALERIE M. NANNERY (SBN 227394)
Assistant Attorney General
441 4th Street, N.W., Suite 630 South
Washington, DC 20001
Telephone: (202) 442-9596
Email: valerie.nannery@dc.gov
*Attorneys for Plaintiff District of
Columbia*

KWAME RAOUL
Attorney General of Illinois
JEFF VANDAM*
Public Interest Counsel
100 W. Randolph Street, 12th Fl.
Chicago, IL 60601
Telephone: (312) 814-1188
Email: jvandam@atg.state.il.us
*Attorneys for Plaintiff State of Illinois*

AARON FREY
Attorney General of Maine
SUSAN P. HERMAN (*pro hac vice pending*)
Deputy Attorney General
6 State House Station
Augusta, Maine 04333-0006
Telephone: (207) 626-8814
Email: susan.herman@maine.gov
*Attorneys for Plaintiff State of Maine*

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN*
Solicitor General
JEFFREY P. DUNLAP*
Assistant Attorney General
200 Saint Paul Place
Baltimore, MD 21202
Telephone: (410) 576-7906
Email: jdunlap@oag.state.md.us
*Attorneys for Plaintiff State of
Maryland*

DANA NESSEL
Attorney General of Michigan
B. ERIC RESTUCCIA*
JOSEPH T. FROEHLICH*
Assistant Attorneys General
P.O. Box 30212
Lansing, MI 48909
Telephone: (517) 335-7628
Email: restucciae@michigan.gov
*Attorneys for Plaintiff State of Michigan*

KEITH ELLISON
Attorney General of Minnesota
JANINE KIMBLE*
Assistant Attorney General
102 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155
Telephone: (651) 757-1415
Email: janine.kimble@ag.state.mn.us
*Attorneys for Plaintiff State of
Minnesota*

AARON D. FORD
Attorney General of Nevada
HEIDI PARRY STERN*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3420
Email: HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

GURBIR S. GREWAL
Attorney General of New Jersey
GLENN J. MORAMARCO*
Assistant Attorney General
MARIE SOUEID*
Deputy Attorney General
25 Market Street
Trenton, NJ 08625
Telephone: (609) 376-3232
Email: Glenn.Moramarco@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

HECTOR BALDERAS
Attorney General of New Mexico
TANIA MAESTAS*
Chief Deputy Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Telephone: (505) 490-4060
Email: TMaestas@nmag.gov
*Attorneys for Plaintiff State of New Mexico*

LETITIA JAMES
Attorney General of New York
ELENA GOLDSTEIN*
Senior Trial Counsel
NANCY TRASANDE*
Assistant Attorney General
28 Liberty Street
New York, NY 1005
Telephone: (212) 416-8905
Email: nancy.trasande@ag.ny.gov
*Attorneys for Plaintiff State of New York*

ELLEN F. ROSENBLUM
Attorney General of Oregon
J. NICOLE DEFEVER (SBN #191525)
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street N.E.
Salem, OR 97301
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Nicole.DeFever@doj.state.or.us
*Attorneys for Plaintiff State of Oregon*

JOSH SHAPIRO
Attorney General for the Commonwealth of Pennsylvania
AIMEE D. THOMSON*
Deputy Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
Telephone: (267) 940-6696
Email: athomson@attorneygeneral.gov
*Attorneys for Plaintiff Commonwealth of Pennsylvania*

19

PETER F. NERONHA
Attorney General of Rhode Island
ADAM D. ROACH*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400 x 2490
Email: aroach@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

THOMAS J. DONOVAN, JR.
Attorney General of Vermont
BENJAMIN D. BATTLES*
Solicitor General
JULIO A. THOMPSON*
Director, Civil Rights Unit
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-5500
Email: Julio.Thompson@vermont.gov
*Attorneys for Plaintiff State of Vermont*

MARK R. HERRING
Attorney General for the Commonwealth of Virginia
MICHELLE S. KALLEN*
Deputy Solicitor General
202 North 9th Street
Richmond, VA 23219
Telephone: (804) 786-2436
Email: SolicitorGeneral@oag.state.va.us
*Attorneys for Plaintiff Commonwealth of Virginia*

ROBERT W. FERGUSON
Attorney General of Washington
COLLEEN M. MELODY (WSBA #42275)*
Division Chief, Civil Rights Unit
LAURA K. CLINTON (WSBA #29846)*
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5342
Email: Colleen.Melody@atg.wa.gov
Email: Laura.Clinton@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

*Pro Hac Vice applications forthcoming