# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WASHINGTON,<br><br>   Plaintiffs,<br><br>   vs.<br><br>KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND | Case No.: CV 19-7390-DMG (AGRx)<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO EXCEED PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [31]** |

| | |
|---|---|
| 1 | SECURITY, ALEX M. AZAR, II, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; MARK A. MORGAN, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION; MATTHEW T. ALBENCE, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JONATHAN HAYES, in his official capacity as Director of the Office of Refugee Resettlement; OFFICE OF REFUGEE RESETTLEMENT, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendants. |

On August 30, 2019, Plaintiff States filed an *Ex Parte* Application to Exceed Page Limit for Plaintiffs' Motion for Preliminary Injunction under Local Rule 7-19 for an order authorizing them to file an oversize brief in excess of the page limit in support of their Motion for Preliminary Injunction, which was filed concurrently with the *Ex Parte* Application. Plaintiff States request an additional 10 pages—or 35 pages total—for their preliminary injunction motion. Local Rule 11-6 would limit the preliminary injunction motion to 25 pages.

The Court has considered Plaintiff States' *Ex Parte* Application to Exceed Page Limit for Plaintiffs' Motion for Preliminary Injunction and documents filed therewith, and all of the papers on file in this action, and hereby GRANTS Plaintiff States' *Ex Parte* Application.

Plaintiff States' Memorandum of Points and Authorities in support of the Motion for Preliminary Injunction of 35 pages total is accepted.

IT IS SO ORDERED.

DATED: September 3, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE