# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN K. McALEENAN, Acting Secretary, Department of Homeland Security, et al.,<br><br>Defendants. | Case No.: CV 19-7390-DMG (AGRx)<br><br>**ORDER RE: EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION & TO EXCEED PAGE LIMIT FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [74]** |

It is hereby ORDERED that the *Ex Parte* Application for an order expanding the page limit for Defendants' opposition to Plaintiffs' motion for preliminary injunction by 10 pages is **GRANTED**.

It is hereby ORDERED that the *Ex Parte* Application for an order extending the time for Defendants to respond in opposition to Plaintiffs' motion for preliminary injunction from September 13, 2019 to September 16, 2019, and also extending the time for Plaintiffs to reply to Defendants' opposition from September 20, 2019 to September 25, 2019, is **GRANTED**.

DATE: September 13, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE