UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-7390-DMG (AGRx) | Date | September 27, 2019 |
| Title | State of California, et al. v. Kevin K. McAleenan, et al. | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED AS MOOT**

On September 7, 2018, Defendants, the Department of Homeland Security ("DHS"), the Department of Health and Human Services ("HHS"), and related agencies, issued a notice of proposed regulations that purportedly "parallel the relevant and substantive terms" of the *Flores* Settlement Agreement and are intended to supersede and terminate the Agreement. *See* Apprehension, Processing, Care, and Custody of Alien Minors and Unaccompanied Alien Children, 83 Fed. Reg. 45,486–45,534 (Sept. 7, 2018) [hereinafter Proposed Regulations]. On August 21, 2019, Defendants filed a Notice of Publication of Regulations. [Doc. # 627.] On August 23, 2019, Defendants formally published the final regulations in the Federal Register. *See* Apprehension, Processing, Care, and Custody of Alien Minors and Unaccompanied Alien Children, 84 Fed. Reg. 44,392–44,535 (Aug. 23, 2019) [hereinafter New Regulations].[1]

On August 26, 2019, Plaintiffs State of California, Commonwealth of Massachusetts, State of Connecticut, State of Delaware, District of Columbia, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, Commonwealth of Virginia, and State of Washington filed a Complaint alleging that the New Regulations constitute an *ultra vires* agency action, violate the Administrative Procedure Act (APA), and violate the Fifth Amendment's Due Process Clause. Compl. at ¶¶ 487–511 [Doc. # 1]. On August 30, 2019, Plaintiffs filed a Motion for Preliminary Injunction to enjoin enforcement of the New Regulations. [Doc. # 32.]

In the related case, *Flores v. Barr*, No. CV 85-4544-DMG (AGRx), the Court permanently enjoined the New Regulations in their entirety in its September 27 Order re

---

[1] The New Regulations are scheduled to become effective on October 22, 2019. *See* 84 Fed. Reg. at 44,392.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 19-7390-DMG (AGRx) | Date | September 27, 2019 |
|---|---|---|---|
| Title | *State of California, et al. v. Kevin K. McAleenan, et al.* | Page | 2 of 2 |

Plaintiffs' Motion to Enforce Settlement and Defendant's Notice of Termination and Motion in the Alternative to Terminate the Settlement. [Doc. ## 688, 690.]

      The parties are hereby **ORDERED TO SHOW CAUSE** in writing, no later than **October 2, 2019**, why this action should not be dismissed in its entirety as moot. The hearing on Plaintiffs' Motion for Preliminary Injunction scheduled for October 4, 2019 is **VACATED**, and the Court's decision on that motion will be held in abeyance until this Order to Show Cause is discharged.

**IT IS SO ORDERED.**