JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Ben Franklin Station, P.O. Box 868
Washington, D.C. 20044
Telephone: (202) 616-1246
Facsimile: (202) 305-7000

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**KEVIN K. MCALEENAN,** in his official capacity as Acting Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-07390 DMG (AGRx)<br><br>**STIPULATION TO STAY PRELIMINARY INJUNCTION MOTION PENDING FURTHER PROCEEDINGS IN *FLORES v. BARR*, Case No. 2:85-cv--4544 DMG (AGRx)**<br><br>Judge:          Hon. Dolly M. Gee<br>Trial Date:   None Set<br>Action Filed:  August 26, 2019 |

1    Plaintiffs in the above-captioned action have brought a challenge to the final
2    agency action, *Apprehension, Processing, Care, and Custody of Alien Minors and*
3    *Unaccompanied Alien Children*, 84 Fed. Reg. 44,392 (Aug. 23, 2019) (Rule). On
4    August 30, 2019, Plaintiffs moved for a preliminary injunction under the
5    Administrative Procedure Act (APA). The motion is fully briefed and was set for
6    hearing on October 4, 2019.

7    On September 27, 2019, this Court issued an order in *Flores v. Barr*,
8    concluding that the Rule did not terminate the *Flores* Agreement and enjoining
9    enforcement of the Rule, Case No. 2:85-cv-4544 DMG (AGRx), Order re
10   Plaintiffs' Motion to Enforce Settlement [516] and Defendants' Notice of
11   Termination and Motion in the Alternative to Terminate the Flores Settlement
12   Agreement [639] (ECF No. 688) ("Order"), and a Permanent Injunction (ECF No.
13   690). The Court issued an Order to Show Cause in the instant matter, ordering the
14   parties to show cause why the instant matter "should not be dismissed in its entirety
15   as moot" as a result of the Court's Orders in *Flores v. Barr*. ECF No. 85.

16   The parties have met and conferred and agree that:

17   1.   The parties agree this matter is not moot at this time.

18   2.   The scope and effect of the Court's Order and Permanent Injunction in
19   *Flores v. Barr* is not fully resolved in light of the Court's order to the parties to
20   meet and confer regarding whether there are portions of the Rule that are not
21   covered by the Court's Order or the *Flores* Agreement. Order at n.17.

22   3.   That Order and Permanent Injunction are also subject to possible appeal.

23   4.   It is in the interests of the parties and judicial economy to stay the instant
24   action pending further proceedings that could affect the force and scope of the
25   Order and Permanent Injunction.

26   5.   Should the Order and Permanent Injunction be altered, stayed, or
27   overturned, the Plaintiffs would request prompt consideration of the relief they are
28   seeking in their Motion for a Preliminary Injunction, and Defendants would not

1

object to prompt re-calendaring of the Motion. The parties will meet and confer and alert the Court within 3 days of any such action of a proposed course of proceedings including, as appropriate, a hearing date, a supplementary briefing schedule, and/or stipulation to continue the stay or brief whether proceedings should resume.

Dated: October 2, 2019                     Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT | XAVIER BECERRA |
| ASSISTANT ATTORNEY GENERAL | Attorney General of California |
| AUGUST E. FLENTJE | MICHAEL L. NEWMAN |
| Special Counsel | Senior Assistant Attorney General |
| WILLIAM C. PEACHEY | SARAH E. BELTON |
| DIRECTOR | Supervising Deputy Attorney General |
| | |
| /s/ *Jeffrey S. Robins* | /s/ *Julia Harumi Mass* |
| JEFFREY S. ROBINS | JULIA HARUMI MASS |
| DEPUTY DIRECTOR | Deputy Attorney General |
| UNITED STATES DEPARTMENT OF JUSTICE | *Attorneys for Plaintiff State of California* |
| OFFICE OF IMMIGRATION LITIGATION | |
| DISTRICT COURT SECTION | |

*ATTORNEYS FOR DEFENDANTS*

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                    /s/ *JEFFREY S. ROBINS*
                                                    JEFFREY S. ROBINS
                                                    DEPUTY DIRECTOR