**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **KEVIN K. MCALEENAN,** in his official capacity as Acting Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No.: CV 19-7390-DMG (AGRx) <br><br> **ORDER RE STIPULATION TO STAY ACTION PENDING FURTHER PROCEEDINGS IN RELATED CASE [89]** |

Having considered the parties' stipulation, IT IS HEREBY ORDERED that:

1. The above-captioned action is STAYED and placed in inactive status;

2. Plaintiffs' Motion for Preliminary Injunction [Doc. # 32] is held in abeyance pending further proceedings in the related case, *Flores v. Barr*, Case No. CV 85-4544-DMG (AGRx), that may impact the force or scope of the Court's September 27, 2019 orders [Doc. ## 688, 690] in that case;

3. This Order is without prejudice to the right of any party to request, at any time, that the Court reopen this action and lift the stay. If any party or parties wish to make such a request, the parties shall first meet and confer within three days of any action giving rise to the request and thereafter file a Joint Status Report to notify the Court of a proposed course of proceedings including, as appropriate, a hearing date, a supplementary briefing schedule, or stipulation to continue the stay or brief whether proceedings should resume; and

4. The Court's Order to Show Cause Why this Action Should Not Be Dismissed as Moot [Doc. # 85] is DISCHARGED.

IT IS SO ORDERED.

DATED: October 7, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE