XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
VIRGINIA CORRIGAN (SBN 292035)
REBEKAH A. FRETZ (SBN 300478)
VILMA PALMA-SOLANA (SBN 267992)
JULIA HARUMI MASS (SBN 189649)
Deputy Attorneys General
   1515 Clay Street, 20th Floor
   P.O. Box 70550
   Oakland, CA  94612-0550
   Telephone:  (510) 879-3300
   Fax:  (510) 622-2270
   E-mail:  Julia.Mass@doj.ca.gov
*Attorneys for Plaintiff State of California*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>                              Plaintiffs,<br><br>     v.<br><br>CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security, *et al.*,<br><br>                              Defendants. | Case No. 2:19-cv-07390 DMG (AGRx)<br><br>**JOINT STATUS REPORT**<br><br>Judge:          Hon. Dolly M. Gee<br>Trial Date:    None Set<br>Action Filed:  August 26, 2019 |

1       The parties submit this joint status report in light of the December 29, 2020

2 decision issued by the Ninth Circuit Court of Appeals in *Flores v. Rosen*, No. 19-

3 56325, affirming in part and reversing in part the district court's judgment in *Flores*

4 *v. Barr*, Case No. 2:85-cv-04544-DMG (AGRx).

5       Plaintiffs in the above-captioned action brought a challenge to the final

6 agency action, *Apprehension, Processing, Care, and Custody of Alien Minors and*

7 *Unaccompanied Alien Children*, 84 Fed. Reg. 44,392 (Aug. 23, 2019) (Rule).  On

8 August 30, 2019, Plaintiffs moved for a preliminary injunction under the

9 Administrative Procedure Act (APA).  The motion was fully briefed and set for

10 hearing on October 4, 2019.

11       On September 27, 2019, this Court issued orders in *Flores v. Barr*,

12 concluding that the Rule did not terminate the *Flores* Agreement and enjoining

13 enforcement of the Rule, Case No. 2:85-cv-4544 DMG (AGRx), Order re

14 Plaintiffs' Motion to Enforce Settlement [516] and Defendants' Notice of

15 Termination and Motion in the Alternative to Terminate the Flores Settlement

16 Agreement [639], ECF No. 688, (Order), and a Permanent Injunction, ECF No.

17 690.  On the same day, the Court issued an Order to Show Cause in the instant

18 matter, ordering the parties to show cause why the instant matter should not be

19 dismissed as moot in light of the Court's Orders in *Flores v. Barr*.  Order to Show

20 Cause, ECF No. 85.  The parties filed a stipulation setting forth their agreement that

21 it would best serve the interests of judicial economy to stay the action pending

22 further proceedings that could affect the force and scope of the Order and

23 Permanent Injunction. ECF No. 89.

24       On October 7, 2019, the Court stayed the above-captioned action "without

25 prejudice to the right of any party to request, at any time, that the Court reopen this

26 action and lift the stay."  ECF No. 95 (Stay Order).  Pursuant to the Stay Order,

27 "[i]f any party or parties wish to make such a request, the parties shall first meet

28 and confer within three days of any action giving rise to the request and thereafter

1  file a Joint Status Report to notify the Court of a proposed course of proceedings."

2  *Id.*

3      Plaintiffs are considering whether to request to reopen this litigation in light

4  of the court of appeals opinion.  Given the holidays and the need for time to review

5  the ruling, the parties intend to continue to meet and confer and will file a joint

6  status report by January 15, 2020.

7

8

9  Dated:  December 31, 2020                     Respectfully submitted,

10

11  JEFFREY BOSSERT CLARK                         XAVIER BECERRA
    Acting Assistant Attorney General            Attorney General of California
12  AUGUST E. FLENTJE                             MICHAEL L. NEWMAN
    Special Counsel                               Senior Assistant Attorney General
13  WILLIAM C. PEACHEY                            SARAH E. BELTON
    Director                                      Supervising Deputy Attorney General
14

15  /s/ *Jeffrey S. Robins*                       /S/  *Julia Harumi Mass*
    JEFFREY S. ROBINS                             JULIA HARUMI MASS
16  Deputy Director                               Deputy Attorney General
17  United States Department of Justice
    Office of Immigration Litigation             *Attorneys for Plaintiff State of*
18  District Court Section                        *California*

19

20  *Attorneys for Defendants*

21

22  **Attestation of Authorization to File**

23  All other signatures listed, and on whose behalf the filing is submitted, concur in
    the filing's content and have authorized the filing.
24

25                                              /S/  *Julia Harumi Mass*
                                                JULIA HARUMI MASS
26                                              Deputy Attorney General

27

28

---

2