# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: CV 19-7390 DMG (AGRx) |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL OPPOSITION BRIEF [115]** |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application for Extension of Time to File the Supplemental Opposition Brief.

UPON CONSIDERATION of the Request, and for the reasons set forth therein, the Court hereby ORDERS that the deadline for filing Defendants' Supplemental Opposition Brief is reset to March 19, 2021; Plaintiffs' Supplemental Reply Brief is reset to April 2, 2021, and a hearing [Doc. # 32] is reset for **April 16, 2021 at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED: February 11, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE