# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STATE OF CALIFORNIA, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 19-7390-DMG (AGRx) |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al., | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Soueid, Marie L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of New Jersey Attorney General's Office
25 Market Street, P.O. Box 112
Trenton, NJ 08625
*Firm/Agency Name & Address*

609-376-2564
*Telephone Number*      *Fax Number*

marie.soueid@law.njoag.gov
*E-Mail Address*

for permission to appear and participate in this case on behalf of

State of New Jersey
*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

Fretz, Rebekah A.
*Designee's Name (Last Name, First Name & Middle Initial)*

of California Department of Justice
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
*Firm/Agency Name & Address*

300478          213-269-6401          213-897-2801
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

Rebekah.Fretz@doj.ca.gov
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

DATED: April 19, 2021

*[signature: Dolly M. Gee]*
Dolly M. Gee, U.S. District Judge