BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 2:19-cv-7390 DMG(AGRx) <br><br> **STIPULATION RE BRIEFING SCHEDULE ON PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION MOTION** <br><br> Hearing Date: August 13, 2021 <br> Time: 10:00 a.m. <br> Hon. Dolly M. Gee <br> [Proposed] Order Filed Concurrently |

Pursuant to Local Civil Rule 7-1, the parties submit this third stipulation to extend the current briefing and hearing schedule set for consideration on Plaintiffs' preliminary injunction motion, as narrowed by Plaintiffs' Supplemental Brief in Support of Preliminary Injunction filed on February 5, 2021. ECF No. 112.

This is the parties' third stipulation to extend the supplemental briefing and hearing schedule. *See* ECF No. 122. This request is not to cause any delay, but rather to ensure proper adjudication of the matter and to conserve the Court's resources adequately and efficiently.

WHEREAS, Defendants' Supplemental Opposition Brief to Plaintiffs' Supplemental Brief is currently due on July 16, 2021. *See* ECF. No. 127.

WHEREAS, Plaintiffs' Supplemental Reply Brief is currently due on July 30, 2021. *See id*.

WHEREAS, a hearing is currently scheduled for August 13, 2021, at 10:00 a.m. on Plaintiffs' narrowed Motion for Preliminary Injunction. *Id*.

WHEREAS, on March 11, 2021, the Ninth Circuit granted Defendants' request for a 90-day extension in *Flores, et al. v. Garland, et al.*, No. 19-56326, (ECF. No. 87) to file a petition for rehearing or rehearing *en banc*, which was due on July 12, 2021. Subsequently, *Flores* Plaintiffs-Appellees filed a petition for panel rehearing in *Flores, et al. v. Garland, et al.*, No. 19-56326, (ECF. No. 89) ("*Flores* petition").

WHEREAS, Defendants seek an extension here because the *Flores* petition seeks panel rehearing on the limited issue of whether the use of descriptive rather than mandatory language in the Department of Health and Human Services' regulations is consistent with the *Flores* Settlement Agreement. *Id*. The use of descriptive rather than mandatory language is also at issue in the instant action. *See* ECF No. 112 at 15-19.[1]

WHEREAS, the Ninth Circuit's mandate will not issue until 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en

---

[1] For the Court's awareness and for consistency purposes, the page number citations correspond to the PDF pagination of the electronically filed documents.

1

banc, or motion for stay of mandate, whichever is later. *See* Fed. R. App. P. 41(b).

WHEREAS, Defendants agree to wait for a period of 30 days from the date of the proposed hearing on Plaintiffs' narrowed motion for preliminary injunction in this case before taking any action to limit the effect of this Court's *Flores* injunction or of the *Flores* Settlement Agreement as they relate to the Department of Health and Human Services.

THEREFORE, the parties agree and propose that the Court extend the supplemental briefing and hearing schedule on Plaintiffs' narrowed preliminary injunction motion until after a decision on the *Flores* petition is rendered by the Ninth Circuit. Within 7 days of the Ninth Circuit's decision on the *Flores* petition, the parties will submit a joint status report to this Court with a proposed briefing and hearing schedule for this case.

For the foregoing reasons, the parties respectfully request that this Court grant the parties' stipulated request.

Dated: July 15, 2021                                    Respectfully submitted,

ROB BONTA                                               BRIAN M. BOYNTON
Attorney General of California                          Acting Assistant Attorney General
MICHAEL L. NEWMAN                                       Civil Division
Senior Assistant Attorney General
SARAH E. BELTON                                         AUGUST E. FLENTJE
Supervising Deputy Attorney General                     Special Counsel

*/s/ Virginia Corrigan*                                 WILLIAM C. PEACHEY
VIRGINIA CORRIGAN                                       Director
Deputy Attorney General                                 District Court Section
*Attorneys for State of California*                     Office of Immigration Litigation

                                                        WILLIAM C. SILVIS
                                                        Assistant Director

2

|  |  |
|---|---|
| 1 | SARAH B. FABIAN |
| 2 | Senior Litigation Counsel |
| 3 | */s/ Fizza Batool* |
| 4 | FIZZA BATOOL |
| 5 | Trial Attorney |
|   | United States Department of Justice |
| 6 | Office of Immigration Litigation |
| 7 | P.O. Box 868, Ben Franklin Station |
|   | Washington, DC 20044 |
| 8 | Telephone: 202-616-4863 |
| 9 | Facsimile: 202-305-7000 |
|   | Email: fizza.batool2@usdoj.gov |
| 10 | *Attorneys for Defendants* |

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Fizza Batool, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying **STIPULATION RE BRIEFING SCHEDULE ON PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION MOTION** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice. I also notified Plaintiffs' counsel by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 15, 2021

                                                   /s/ *Fizza Batool*
                                                 FIZZA BATOOL