UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. CV 19-7390-DMG (AGRx) |
| Plaintiffs, | |
| v. | **ORDER APPROVING STIPULATION RE BRIEFING SCHEDULE ON PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION MOTION [129]** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon the parties' Stipulation Regarding Briefing Schedule on Plaintiffs' Supplemental Preliminary Injunction Motion.

UPON CONSIDERATION of the parties' stipulation to extend the supplemental briefing and hearing schedule on Plaintiffs' narrowed motion for a preliminary injunction and for the reasons set forth therein, the Court hereby ORDERS that the briefing schedule and hearing on the narrowed motion be extended. Within seven days of the Ninth Circuit's decision on the *Flores* petition for panel rehearing in *Flores, et al. v. Garland, et al.*, No. 19-56326, the parties will submit a joint status report to this Court with a proposed briefing and hearing schedule for this case.

**IT IS SO ORDERED.**

DATED: July 15, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE