BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>　　Defendants. | Case No. 2:19-cv-7390 DMG(AGRx)<br><br>**STIPULATION RE REQUEST FOR AN ORDER TO STAY HHS REGULATION**<br><br>Hearing Date: September 17, 2021<br>Time: 11:00 a.m.<br>Hon. Dolly M. Gee<br>[Proposed] Order Filed Concurrently |

Subject to the Court's approval and pursuant to Local Rule 7-1, the parties through their undersigned counsel STIPULATE as follows:

1. The parties submit this fourth stipulation to notify the Court of a proposed course of proceedings based on the parties' discussions, as articulated in the Joint Status Report. *See* ECF No. 132.
2. Plaintiffs in this action challenge the U.S. Department of Health and Human Services' ("HHS") recent regulations implementing the longstanding *Flores* Settlement Agreement ("Agreement") in *Apprehension, Processing, Care, and Custody of Alien Minors and Unaccompanied Alien Children*, 84 Fed. Reg. 44,392 (Aug. 23, 2019) (to be codified at 45 C.F.R. pt. 410) ("Rule").
3. Following preliminary negotiations, HHS agrees to engage in rulemaking to potentially withdraw subsection two (2) from the definition of "*Unaccompanied alien child* (UAC)" in 45 C.F.R. § 410.101.
4. Therefore, pursuant to 5 U.S.C. § 705, the parties stipulate to stay and postpone the effective date of the second part of the definition of "*Unaccompanied alien child* (UAC)" in 45 C.F.R. § 410.101 for a year— until August 6, 2022. During this period, HHS shall engage in a rulemaking process to potentially repeal the aforementioned provision of the regulation pursuant to the relevant provisions of 5 U.S.C. § 553. If HHS does not repeal that provision of the regulation by the time the stay lifts, Plaintiffs may challenge it.
5. The parties agree to stay the resolution of legal claims in Section I.C. of the Argument section of Plaintiffs' narrowed preliminary injunction motion, ECF No. 112 at 24-26, until the completion of HHS's rulemaking process as to 45 C.F.R. § 410.101.
6. This stipulation is without prejudice to any positions Plaintiffs or Defendants might take on the merits of Plaintiffs' Preliminary Injunction Motion if the stay requested herein is not entered or is entered and is subsequently revised.

Pursuant to the parties' last stipulation and the Court's order, ECF No. 133, the supplemental briefing and hearing schedule on the remaining issues in Plaintiffs' narrowed preliminary injunction motion will proceed as follows:

    a. August 20, 2021: Defendants file Supplemental Opposition Brief.
    b. September 3, 2021: Plaintiffs file Supplemental Reply Brief.
    c. September 17, 2021: Hearing on Plaintiffs' narrowed preliminary injunction motion.

For the foregoing reasons, the parties respectfully request that this Court grant the parties' stipulated request.

Dated: August 6, 2021                                                 Respectfully submitted,

| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>MICHAEL L. NEWMAN<br>Senior Assistant Attorney General<br>SARAH E. BELTON<br>Supervising Deputy Attorney General<br><br>*/s/ Julia Harumi Mass*<br>JULIA HARUMI MASS<br>Deputy Attorney General<br>*Attorneys for State of California* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>AUGUST E. FLENTJE<br>Special Counsel<br><br>WILLIAM C. PEACHEY<br>Director<br>District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>SARAH B. FABIAN<br>Senior Litigation Counsel<br><br>*/s/ Fizza Batool*<br>FIZZA BATOOL<br>Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station |

Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Fizza Batool, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying **STIPULATION RE REQUEST FOR AN ORDER TO STAY HHS REGULATION** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 6, 2021

                                                /s/ *Fizza Batool*
                                                FIZZA BATOOL