BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br>Defendants. | Case No. 2:19-cv-7390 DMG(AGRx) <br><br>**[Proposed]** <br><br>**ORDER GRANTING STIPULATION RE REQUEST FOR AN ORDER TO STAY HHS REGULATION** <br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the parties' Stipulation Re Request for an Order to Stay HHS Regulation.

UPON CONSIDERATION of the parties' stipulation for an Order to Stay HHS Regulation and for the reasons set forth therein, the Court hereby ORDERS that the second part of the definition of "*Unaccompanied alien child* (UAC)" in 45 C.F.R. § 410.101 of the U.S. Department of Health and Human Services' regulations in *Apprehension, Processing, Care, and Custody of Alien Minors and Unaccompanied Alien Children*, 84 Fed. Reg. 44,392 (Aug. 23, 2019) (to be codified at 45 C.F.R. pt. 410) is stayed and the effective date is postponed under 5 U.S.C. § 705 for a year—until August 6, 2022.

It is FURTHER ORDERED that resolution of the legal claims in Section I.C. of the Argument section in Plaintiffs' narrowed preliminary injunction motion, ECF No. 112 at 24-26, is stayed until the completion of HHS's rulemaking process as to 45 C.F.R. § 410.101.

Pursuant to the Court's previous scheduling order, ECF No. 133, Defendants' Supplemental Opposition Brief is due August 20, 2021; Plaintiffs' Supplemental Reply Brief is due September 3, 2021; and a hearing on the narrowed motion will proceed on September 17, 2021.

**IT IS SO ORDERED.**

DATED: _____, 2021.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE