BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br>　　　Plaintiffs, <br><br>v. <br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br>　　　Defendants. | Case No. 2:19-cv-7390 DMG(AGRx) <br><br>**JOINT STATUS REPORT** <br><br>Hearing Date: Not Set <br>Hon. Dolly M. Gee <br>[Proposed] Order Filed Concurrently |

The parties submit this joint status report pursuant to the Court's August 19, 2021 Order. *See* ECF No. 137.

Consistent with this Court's Order, the parties must submit a Stipulation with a proposed course of proceedings based on the parties' discussions regarding a potential resolution in the instant matter or a Joint Status Report if negotiations remain ongoing. *Id*.

The parties continue to engage in negotiations concerning a potential resolution to Plaintiffs' narrowed preliminary injunction motion as it relates to the Department of Health and Human Services, but have not yet reached such a resolution. In order to facilitate their ongoing negotiations, the parties seek an additional two-week extension to the briefing schedule on Plaintiffs' narrowed preliminary injunction motion. Defendants' agreement to wait 30 days from the hearing on Plaintiffs' narrowed motion for preliminary injunction before taking action to limit the effect of this Court's *Flores* injunction or of the *Flores* Settlement Agreement as they relate to the Department of Health and Human Services, ECF No. 126, remains in effect pending the parties' negotiations.

Under the parties' proposed extension, the parties will file a Stipulation by September 24, 2021, to notify the Court of a proposed course of proceedings based on the parties' discussions.

In the event that the parties are unable to agree on further steps toward a potential resolution, the parties agree and propose that the supplemental briefing and a hearing on Plaintiffs' narrowed preliminary injunction motion shall proceed as follows:

    a. October 8, 2021: Defendants file Supplemental Opposition Brief
    b. October 22, 2021: Plaintiffs file Supplemental Reply Brief
    c. November 5, 2021: Hearing on Plaintiffs' narrowed preliminary injunction motion.

| | |
|---|---|
| Dated: September 10, 2021 | Respectfully submitted, |
| ROB BONTA<br>Attorney General of California<br>MICHAEL L. NEWMAN<br>Senior Assistant Attorney General<br>SARAH E. BELTON<br>Supervising Deputy Attorney General | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>AUGUST E. FLENTJE<br>Special Counsel |
| /s/ Julia Harumi Mass<br>JULIA HARUMI MASS<br>Deputy Attorney General<br>*Attorneys for State of California* | WILLIAM C. PEACHEY<br>Director<br>District Court Section<br>Office of Immigration Litigation |
| | WILLIAM C. SILVIS<br>Assistant Director |
| | SARAH B. FABIAN<br>Senior Litigation Counsel |
| | /s/ Fizza Batool<br>FIZZA BATOOL<br>Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: 202-616-4863<br>Facsimile: 202-305-7000<br>Email: fizza.batool2@usdoj.gov<br>*Attorneys for Defendants* |

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Fizza Batool, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying **JOINT STATUS REPORT** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 10, 2021

/s/ *Fizza Batool*
FIZZA BATOOL