BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 2:19-cv-7390 DMG(AGRx) |
| Plaintiffs, | **[Proposed]** |
| v. | **ORDER RE BRIEFING SCHEDULE ON PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION MOTION** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | |
| Defendants. | **[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the parties' Joint Status Report Regarding Briefing Schedule on Plaintiffs' Supplemental Preliminary Injunction Motion.

UPON CONSIDERATION of the parties' Joint Status Report and for the reasons set forth therein, the Court hereby ORDERS that the temporary stay on the supplemental briefing and hearing schedule on Plaintiffs' narrowed motion for a preliminary injunction remain in place. By September 24, 2021, the parties will submit a Stipulation to this Court with a proposed course of proceedings based on the parties' discussions regarding a potential resolution in the instant matter. In the event that the parties are unable to reach a potential resolution, the briefing schedule and hearing shall proceed as follows: Defendants' Supplemental Opposition Brief will be due on October 8, 2021; Plaintiffs' Supplemental Reply Brief will be due on October 22, 2021; and a hearing on Plaintiffs' narrowed motion will be held on November 5, 2021.

**IT IS SO ORDERED.**

DATED: _____, 2021.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE