BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-7390 DMG(AGRx)<br><br>**STIPULATION RE DISMISSAL WITHOUT PREJUDICE**<br><br>Hearing Date: Not Set<br>Hon. Dolly M. Gee<br>[Proposed] Order Filed Concurrently |

Defendant U.S. Department of Health and Human Services and Defendant Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services (collectively "HHS") and Plaintiffs have reached an agreement to resolve Plaintiffs' claims against HHS in this matter, and respectfully submit this Stipulation Re Dismissal without Prejudice and Proposed Order.

WHEREAS, Plaintiffs State of California, Commonwealth of Massachusetts, State of Connecticut, State of Delaware, District of Columbia, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, Commonwealth of Virginia, and State of Washington (collectively "States") filed a Complaint, ECF No. 1, in this action on August 26, 2019, challenging a final rule issued by the U.S. Department of Homeland Security and the U.S. Department of Health and Human Services pursuant to the terms of the *Flores* Settlement Agreement, *Apprehension, Processing, Care, and Custody of Alien Minors and Unaccompanied Alien Children*, 84 Fed. Reg. 44,392 (Aug. 23, 2019) ("Rule");

WHEREAS, on August 30, 2019, the States moved for a preliminary injunction under the Administrative Procedure Act ("APA") and the motion was fully briefed and set for hearing on October 4, 2019;

WHEREAS, on September 27, 2019, this Court issued orders in *Flores v. Barr*, concluding that the Rule did not terminate the *Flores* Settlement Agreement and enjoining enforcement of the Rule, Case No. 2:85-cv-4544 DMG (AGRx), Order re Plaintiffs' Motion to Enforce Settlement [516] and Defendants' Notice of Termination and Motion in the Alternative to Terminate the Flores Settlement Agreement [639], ECF No. 688, (Order), and a Permanent Injunction, ECF No. 690;

WHEREAS, the parties to the instant matter agreed to stay the action pending further proceedings that could affect the force and scope of the Order and Permanent Injunction, ECF No. 89;

WHEREAS, on December 29, 2020, in *Flores v. Rosen*, No. 19-56325, the Ninth Circuit Court of Appeals affirmed in part and reversed in part the district court's judgment in *Flores v. Barr*, Case No. 2:85-cv-04544-DMG (AGRx);

WHEREAS, the Ninth Circuit decision held that the HHS regulations in the Rule that implemented obligations under the *Flores* Settlement Agreement would be construed as mandatory;

WHEREAS, on January 15, 2021, the parties informed the Court that the States wished to lift the stay on proceedings as to HHS and to file supplemental briefing on the States' preliminary injunction motion, ECF No. 103, and on January 20, 2021, the Court lifted the stay and ordered supplemental briefing on the States' preliminary injunction motion as to issues not resolved by the Ninth Circuit's decision in *Flores v. Rosen*;

WHEREAS, on March 3, 2021, the States filed a supplemental brief and declarations in support of a narrowed preliminary injunction motion that challenged, *inter alia*, a provision of the Rule's HHS regulations allowing for redetermination of unaccompanied status and the Rule's alleged general failure to use sufficiently mandatory language to describe the obligations of the *Flores* Settlement Agreement; the States filed further supplemental declarations on June 11, 2021, ECF Nos. 112, 124, 135;

WHEREAS, the parties have requested to stay and the Court has stayed briefing on the States' preliminary injunction motion pending attempts by the parties to resolve issues raised by the States' narrowed preliminary injunction motion;

WHEREAS, on August 6, 2021, the parties filed a stipulation in which HHS agreed to engage in rulemaking to potentially withdraw subsection two (2) from the

definition of "unaccompanied alien child," from 45 C.F.R. § 410.101—addressing concerns raised by the States' in their supplemental brief—and to stay that provision for one year, ECF. No. 134;

WHEREAS, on August 10, 2021, the Court granted the parties' stipulation and stayed the second part of the definition of "unaccompanied alien child" in 45 C.F.R. § 410.101 of the HHS regulations in the Rule for one year and stayed resolution of the States' legal arguments regarding that provision until the completion of HHS's rulemaking process as to that provision, ECF. No. 135;

WHEREAS, the parties have met and conferred regarding the remaining issues raised by the States' narrowed preliminary injunction motion challenging aspects of the HHS regulations in the Rule and have reached an agreement to resolve the States' claims against HHS;

THEREFORE, the parties do HEREBY STIPULATE AND AGREE as follows:

1. Plaintiffs will dismiss their claims against HHS without prejudice within 30 days of HHS taking the following action:

   Issuance of a Final Rule (FR) under the timelines set out below, pursuant to 5 U.S.C. § 553(b)(B), revising the HHS regulations in the Rule to implement the Ninth Circuit's Order in *Flores v. Rosen*, including amending the language to describe agency and contractor obligations under those regulations and make explicit HHS's position—accepted by the Ninth Circuit—that the HHS regulations are mandatory;

2. HHS agrees to submit any FR for clearance to the U.S. Office of Management and Budget within 60 days of this stipulation (by December 7, 2021) and to endeavor to issue the FR as expeditiously as possible thereafter;

3

3. However, if the States' claims regarding HHS's definition of "unaccompanied alien child" in 45 C.F.R. § 410.101 have not been resolved by the rulemaking contemplated by ECF No. 135, Plaintiffs' dismissal without prejudice under paragraph 1 above will be for all claims other than their APA claim challenging HHS's definition of "unaccompanied alien child."

4. HHS will not seek termination of the *Flores* Settlement Agreement as to HHS until 180 days after the issuance of a FR referenced above in Paragraph 1.

5. The parties agree that each side will bear its own fees and costs.

6. The parties agree that the Court will have authority to resolve disputes regarding the terms of this stipulation.

4

| | |
|---|---|
| Dated: October 8, 2021 | Respectfully submitted, |
| ROB BONTA<br>Attorney General of California<br>MICHAEL L. NEWMAN<br>Senior Assistant Attorney General<br>SARAH E. BELTON<br>Supervising Deputy Attorney General<br>VIRGINIA CORRIGAN<br>REBEKAH A. FRETZ<br>VILMA PALMA-SOLANA<br>Deputy Attorneys General | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>AUGUST E. FLENTJE<br>Special Counsel<br><br>WILLIAM C. PEACHEY<br>Director<br>District Court Section<br>Office of Immigration Litigation |
| /S/ *Julia Harumi Mass*<br>JULIA HARUMI MASS<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of California* | WILLIAM C. SILVIS<br>Assistant Director<br><br>SARAH B. FABIAN<br>Senior Litigation Counsel |
| MAURA HEALEY<br>Attorney General for the Commonwealth of Massachusetts<br>ABIGAIL TAYLOR*<br>Assistant Attorneys General<br>One Ashburton Place<br>Boston, MA 02108<br>Telephone: (617) 963-2590<br>Email: Abigail.Taylor@mass.gov<br>*Attorneys for Plaintiff the Commonwealth of Massachusetts* | /s/ *Fizza Batool*<br>FIZZA BATOOL<br>Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: 202-616-4863<br>Facsimile: 202-305-7000<br>Email: fizza.batool2@usdoj.gov<br>*Attorneys for Defendants* |

WILLIAM TONG
Attorney General of Connecticut
JOSHUA PERRY*
Special Counsel for Civil Rights
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5372
Email: Joshua.Perry@ct.gov
*Attorneys for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware
CHRISTIAN DOUGLAS WRIGHT*
Director of Impact Litigation
820 North French Street
Wilmington, DE 19801
Telephone: (302) 577-8944
Email: christian.wright@delaware.gov
*Attorneys for Plaintiff State of Delaware*

KARL A. RACINE
Attorney General for the District of Columbia
KATHLEEN KONOPKA
Deputy Attorney General
Public Advocacy Division
ADAM TEITELBAUM (SBN 310565)
Assistant Attorney General
400 6th Street N.W.
Washington, DC 20001
Telephone: (202) 256-3713
Email: adam.teitelbaum@dc.gov
*Attorneys for Plaintiff District of Columbia*

KWAME RAOUL
Attorney General of Illinois
JEFF VANDAM*
Public Interest Counsel
100 W. Randolph Street, 12th Fl.
Chicago, IL 60601
Telephone: (312) 814-1188
Email: jvandam@atg.state.il.us
*Attorneys for Plaintiff State of Illinois*

AARON M. FREY
Attorney General of Maine
KIMBERLY L. PATWARDHAN*
Assistant Attorney General
6 State House Station
Augusta, Maine 04333-0006
Telephone: (207) 626-8570
Email: Kimberly.Patwardhan@maine.gov
*Attorneys for Plaintiff State of Maine*

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN
Solicitor General
JEFFREY P. DUNLAP**
Assistant Attorney General
200 Saint Paul Place
Baltimore, MD 21202
Telephone: (410) 576-7906
Email: jdunlap@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

DANA NESSEL
Attorney General of Michigan
B. ERIC RESTUCCIA*
JOSEPH T. FROEHLICH*
Assistant Attorneys General
P.O. Box 30212
Lansing, MI 48909
Telephone: (517) 335-7628
Email: restucciae@michigan.gov
*Attorneys for Plaintiff State of Michigan*

KEITH ELLISON
Attorney General of Minnesota
JANINE KIMBLE*
Assistant Attorney General
102 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155
Telephone: (651) 757-1415
Email: janine.kimble@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

AARON D. FORD
Attorney General of Nevada
HEIDI PARRY STERN*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3420
Email: HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

ANDREW J. BRUCK
Acting Attorney General of New Jersey
MARIE SOUEID*
Deputy Attorney General
25 Market Street
Trenton, NJ 08625
Telephone: (609) 376-2564
Email: marie.soueid@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

HECTOR BALDERAS
Attorney General of New Mexico
TANIA MAESTAS*
Chief Deputy Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Telephone: (505) 490-4060
Email: TMaestas@nmag.gov
*Attorneys for Plaintiff State
of New Mexico*

ELLEN F. ROSENBLUM
Attorney General of Oregon
J. NICOLE DEFEVER (SBN 191525)
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street N.E.
Salem, OR 97301
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Nicole.DeFever@doj.state.or.us
*Attorneys for Plaintiff State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island
MICHAEL W. FIELD*
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: mfield@riag.ri.gov
*Attorneys for Plaintiff State of
Rhode Island*

LETITIA JAMES
Attorney General of New York
NANCY TRASANDE*
Assistant Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8905
Email: nancy.trasande@ag.ny.gov
*Attorneys for Plaintiff State of New York*

JOSH SHAPIRO
Attorney General for the Commonwealth
of Pennsylvania
AIMEE D. THOMSON*
Deputy Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
Telephone: (267) 940-6696
Email: athomson@attorneygeneral.gov
*Attorneys for Plaintiff Commonwealth
of Pennsylvania*

THOMAS J. DONOVAN, JR.
Attorney General of Vermont
BENJAMIN D. BATTLES
Solicitor General
JULIO A. THOMPSON*
Director, Civil Rights Unit
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-5500
Email: Julio.Thompson@vermont.gov
*Attorneys for Plaintiff State of Vermont*

| | |
|---|---|
| MARK R. HERRING<br>Attorney General for the<br>Commonwealth of Virginia<br>MICHELLE S. KALLEN*<br>Acting Solicitor General<br>202 North 9th Street<br>Richmond, VA 23219<br>Telephone: (804) 786-7704<br>Email: SolicitorGeneral@oag.state.va.us<br>*Attorneys for Plaintiff Commonwealth of Virginia* | ROBERT W. FERGUSON<br>Attorney General of Washington<br>COLLEEN M. MELODY*<br>Division Chief, Civil Rights Unit<br>LAURA K. CLINTON*<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Telephone: (206) 464-5342<br>Email: Colleen.Melody@atg.wa.gov<br>Email: Laura.Clinton@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |

*Appearing Pro Hac Vice

### Attestation of Authorization to File

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                */s/ Fizza Batool*
                                                FIZZA BATOOL
                                                Trial Attorney

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Fizza Batool, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying **STIPULATION RE DISMISSAL WITHOUT PREJUDICE** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 8, 2021

/s/ *Fizza Batool*
FIZZA BATOOL