BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 2:19-cv-7390 DMG(AGRx) |
| Plaintiffs, | **[Proposed]** |
| v. | **ORDER GRANTING STIPULATION RE DISMISSAL WITHOUT PREJUDICE** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | |
| Defendants. | **[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the parties' Stipulation Re Dismissal Without Prejudice.

UPON CONSIDERATION of the parties' resolution in the instant matter, the Court hereby ORDERS that the supplemental briefing and hearing schedule on Plaintiffs' narrowed motion set in the Court's previous order, ECF No. 141, is vacated.

The Court will have authority to resolve disputes regarding the terms of this stipulation.

**IT IS SO ORDERED.**

DATED: _____, 2021.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1