**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. CV 19-7390 DMG (AGRx) |
| Plaintiffs, | **ORDER RE STIPULATION APPROVING PARTIES' STIPULATION AS TO HHS DEFENDANTS [143]** |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon the parties' Stipulation Re Dismissal Without Prejudice [Doc. # 143].

UPON CONSIDERATION of the parties' resolution in the instant matter, the Court hereby ORDERS that the supplemental briefing and hearing schedule on Plaintiffs' narrowed motion set in the Court's previous Order [Doc. # 141] is VACATED. The parties shall file a stipulation for the dismissal of Plaintiffs' claims against the HHS Defendants without prejudice in accordance with the parties' Stipulation.

The Court will have authority to resolve disputes regarding the terms of the parties' Stipulation.

By no later than October 27, 2021, the parties shall file a Joint Status Report regarding the status of the claims against the remaining defendants.

**IT IS SO ORDERED.**

DATED: October 13, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE