BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>　　　Defendants. | Case No. 2:19-cv-7390 DMG(AGRx)<br><br>**JOINT STATUS REPORT**<br><br>Hearing Date: Not Set<br>Hon. Dolly M. Gee<br>[Proposed] Order Filed Concurrently |

The parties submit this joint status report in light of the Court's Order, dated October 13, 2021, approving the parties' Stipulation as to the Department of Health and Human Services ("HHS") Defendants. *See* ECF No. 144.

Consistent with this Court's Order, the parties must submit a joint status report regarding the status of the claims against the remaining Defendants – the Department of Homeland Security ("DHS"). *Id.*

In light of recent litigation developments, and in an effort to ensure proper adjudication of the matter and to conserve the Court's resources adequately and efficiently, the parties have initiated preliminary discussions concerning a potential resolution to Plaintiffs' preliminary injunction motion, ECF No. 32, as it relates to DHS.

To this end, the parties will continue to meet and confer. Subsequently, the parties will file a Joint Status Report on November 10, 2021, to update the Court regarding the status of the parties' negotiations. In the event that the parties reach a resolution, the parties will instead file a Stipulation on November 10, 2021, to notify the Court of a proposed course of proceedings based on the parties' discussions.

Dated: October 27, 2021                                    Respectfully submitted,

ROB BONTA                                                  BRIAN M. BOYNTON
Attorney General of California                             Acting Assistant Attorney General
MICHAEL L. NEWMAN                                          Civil Division
Senior Assistant Attorney General
SARAH E. BELTON                                            AUGUST E. FLENTJE
Supervising Deputy Attorney General                        Special Counsel
VIRGINIA CORRIGAN
REBEKAH A. FRETZ                                           WILLIAM C. PEACHEY
Deputy Attorneys General                                   Director
                                                           District Court Section
*/s/ Julia Harumi Mass*                                    Office of Immigration Litigation
JULIA HARUMI MASS
Deputy Attorney General                                    WILLIAM C. SILVIS
*Attorneys for State of California*                        Assistant Director

1

SARAH B. FABIAN
Senior Litigation Counsel

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Fizza Batool, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying **JOINT STATUS REPORT** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 27, 2021

/s/ *Fizza Batool*
FIZZA BATOOL

3