# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. CV 19-7390-DMG (AGRx) |
| Plaintiffs, | **ORDER RE JOINT STATUS REPORT [145]** |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon the parties' Joint Status Report Regarding the Status of Plaintiffs' Claims Against the Remaining Defendants – the Department of Homeland Security.

UPON CONSIDERATION of the parties' Joint Status Report and for the reasons set forth therein, the Court hereby ORDERS that by November 10, 2021, the parties will submit a further Joint Status Report to update the Court regarding the status of the parties' negotiations. In the event that the parties reach a resolution, the parties will instead file a Stipulation on November 10, 2021, to notify the Court of a proposed course of proceedings based on the parties' discussions.

**IT IS SO ORDERED.**

DATED: November 2, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE