BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 2:19-cv-7390 DMG(AGRx) |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Hearing Date: Not Set |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | Hon. Dolly M. Gee |
| | [Proposed] Order Filed Concurrently |
| Defendants. | |

1  The parties submit this Joint Status Report in light of the Court's Order, dated November 2, 2021. *See* ECF No. 146.

Consistent with this Court's Order, by November 10, 2021, the parties must submit a Joint Status Report to update the Court regarding the status of the parties' negotiations or a Stipulation if the parties have reached a resolution. *Id*.

The parties remain engaged in discussions concerning a potential resolution to Plaintiffs' claims against the Department of Homeland Security ("DHS"), but have not yet reached such a resolution. The parties continue to meet and confer and to exchange proposals.

Therefore, in order to facilitate their ongoing negotiations and complete the necessary approval processes in the event of an agreement, and in light of upcoming federal holidays, the parties agree and propose the following:

    a. The parties will file a Stipulation by December 10, 2021, to notify the Court of a proposed course of proceedings based on the parties' discussions.

    b. In the event that the parties are unable to agree on further steps toward a potential resolution, the parties will meet and confer within three days and promptly submit to the Court a Joint Status Report with proposed dates for a Case Management Conference and submission of a Case Management Conference Statement.

Dated: November 10, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
VIRGINIA CORRIGAN
REBEKAH A. FRETZ
Deputy Attorneys General

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director

| | |
|---|---|
| */s/ Julia Harumi Mass* | District Court Section |
| JULIA HARUMI MASS | Office of Immigration Litigation |
| Deputy Attorney General | |
| *Attorneys for State of California* | WILLIAM C. SILVIS |
| | Assistant Director |
| | SARAH B. FABIAN |
| | Senior Litigation Counsel |
| | |
| | */s/ Fizza Batool* |
| | FIZZA BATOOL |
| | Trial Attorney |
| | United States Department of Justice |
| | Office of Immigration Litigation |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | Telephone: 202-616-4863 |
| | Facsimile: 202-305-7000 |
| | Email: fizza.batool2@usdoj.gov |
| | *Attorneys for Defendants* |

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Fizza Batool, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying **JOINT STATUS REPORT** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 10, 2021

                                              /s/ *Fizza Batool*
                                              FIZZA BATOOL