**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. CV 19-7390-DMG (AGRx) |
| Plaintiffs, | |
| v. | **ORDER RE JOINT STATUS REPORT [147]** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon the parties' Joint Status Report Regarding the Status of Negotiations Concerning the Department of Homeland Security.

UPON CONSIDERATION of the parties' Joint Status Report and for the reasons set forth therein, the Court hereby ORDERS that by December 10, 2021, the parties will file a Stipulation to notify the Court of a proposed course of proceedings based on the parties' discussions. In the event that the parties are unable to agree on further steps toward a potential resolution, the parties will meet and confer within three days and promptly submit to the Court a Joint Status Report with proposed dates for a Case Management Conference and submission of a Case Management Conference Statement.

**IT IS SO ORDERED.**

DATED: November 12, 2021

                                                     /s/ Dolly M. Gee
                                                     DOLLY M. GEE
                                                     UNITED STATES DISTRICT JUDGE