BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 2:19-cv-7390 DMG(AGRx) <br><br> **STIPULATION RE EXTENSION FOR SETTLEMENT NEGOTIATIONS** <br><br> Hearing Date: Not Set <br> Hon. Dolly M. Gee <br> [Proposed] Order Filed Concurrently |

Pursuant to Local Civil Rule 7-1, the parties submit this stipulation to extend the current schedule to notify the Court of a proposed course of proceedings based on the parties' settlement negotiations as to the Department of Homeland Security ("DHS"). ECF No. 147.

WHEREAS, pursuant to the Court's November 12, 2021 Order, ECF No. 148, the parties must submit a Stipulation to this Court with a proposed course of proceedings based on the parties' discussions regarding a potential resolution in the instant matter by December 10, 2021. *Id.*

WHEREAS, the parties remain engaged in discussions concerning a potential resolution to Plaintiffs' claims against DHS, but have not yet reached such a resolution.

THEREFORE, in order to facilitate their ongoing negotiations and in light of the upcoming federal holidays, the parties agree and propose the following:

a. By January 31, 2022, Defendants will provide a substantive proposal to Plaintiffs.

b. The parties will meet and confer shortly thereafter, but in any event no later than February 14, 2022. The parties will continue to meet and confer and to exchange proposals as necessary.

c. By February 21, 2022, the parties will file a Joint Status Report with the Court regarding the status of the parties' settlement negotiations.

For the foregoing reasons, the parties respectfully request that this Court grant the parties' stipulated request.

Dated: December 9, 2021                    Respectfully submitted,

ROB BONTA                                  BRIAN M. BOYNTON
Attorney General of California             Acting Assistant Attorney General
MICHAEL L. NEWMAN                          Civil Division

Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General

*/s/ Julia Harumi Mass*
JULIA HARUMI MASS
Deputy Attorney General
*Attorneys for State of California*

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director
District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

SARAH B. FABIAN
Senior Litigation Counsel

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Fizza Batool, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying **STIPULATION RE EXTENSION FOR SETTLEMENT NEGOTIATIONS** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 9, 2021

/s/ *Fizza Batool*
FIZZA BATOOL