# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. CV 19-7390-DMG (AGRx) |
| Plaintiffs, | **ORDER RE STIPULATION RE EXTENSION FOR SETTLEMENT NEGOTIATIONS [149]** |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon the parties' Stipulation Re Extension for Settlement Negotiations as to Plaintiffs' claims against the Department of Homeland Security.

UPON CONSIDERATION of the parties' Stipulation and for the reasons set forth therein, the Court hereby ORDERS that the deadline to file a Stipulation with a proposed course of proceedings based on the parties' discussions regarding a potential resolution in the instant matter [Doc. # 148], is vacated. The schedule for settlement negotiations is extended.

By February 21, 2022, the parties will file a Joint Status Report with the Court regarding the status of the parties' settlement negotiations.

**IT IS SO ORDERED.**

DATED:  December 13, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1