BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 2:19-cv-7390 DMG(AGRx) |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Hearing Date: Not Set |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | Hon. Dolly M. Gee |
| Defendants. | [Proposed] Order Filed Concurrently |

The parties submit this Joint Status Report in light of the Court's Order, dated April 26, 2022. *See* ECF No. 163.

Consistent with this Court's Order, by May 27, 2022, the parties must submit a Joint Status Report to update the Court regarding the status of the parties' negotiations as to Plaintiffs' claims against the Department of Homeland Security ("DHS"). *Id*.

The parties remain engaged in discussions concerning a potential resolution to Plaintiffs' claims against DHS, but have not yet reached such a resolution. The parties continue to meet and confer and to exchange proposals.

Therefore, in order to facilitate their ongoing negotiations and complete the necessary approval processes in the event of an agreement, the parties agree and propose the following:

  a. The parties will file a further Joint Status Report by September 2, 2022, regarding the status of the parties' settlement negotiations.
  b. In the event that the parties reach a resolution on Plaintiffs' claims against DHS, the parties will instead file a Stipulation by September 2, 2022, to notify the Court of a proposed course of proceedings based on the parties' discussions.
  c. In the event that the parties are unable to agree on further steps toward a potential resolution, on September 2, 2022, the parties will instead submit to the Court a Joint Status Report with proposed dates for a Case Management Conference and submission of a Case Management Conference Statement.

Dated: May 27, 2022                                   Respectfully submitted,

ROB BONTA                                             BRIAN M. BOYNTON
Attorney General of California                        Principal Deputy
MICHAEL L. NEWMAN                                     Assistant Attorney General
Senior Assistant Attorney General                     Civil Division
VILMA PALMA-SOLANA                                    AUGUST E. FLENTJE
Supervising Deputy Attorney General                   Special Counsel

| | |
|---|---|
| REBEKAH A. FRETZ<br>Deputy Attorney General<br><br>/s/ Virginia Corrigan<br>VIRGINIA CORRIGAN<br>Deputy Attorney General<br>*Attorneys for State of California* | WILLIAM C. PEACHEY<br>Director<br>District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM C. SILVIS<br>Assistant Director<br>SARAH B. FABIAN<br>Senior Litigation Counsel<br><br>/s/ Fizza Batool<br>FIZZA BATOOL<br>Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: 202-616-4863<br>Facsimile: 202-305-7000<br>Email: fizza.batool2@usdoj.gov<br>*Attorneys for Defendants* |

### Attestation of Authorization to File

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Fizza Batool
FIZZA BATOOL
Trial Attorney

2

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Fizza Batool, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying **JOINT STATUS REPORT** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 27, 2022

/s/ *Fizza Batool*
FIZZA BATOOL